# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Joint Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| (includes: | Court File Nos.: |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One, LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc and PL Ltd., Inc., | ADV. No. 10- |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| Epsilon Investment Management, LLC, Steve Goran Stevanovich, Epsilon Global Master Fund, L.P., Epsilon Global Master Fund II, L.P., Epsilon Global Master Fund III – Structured Strategies, LP, Epsilon Global Active Fund III, Ltd., Westford Special Situations Fund L.P., Westford Special Situations Fund Ltd., Westford Special Situations Master Fund, L.P., Capital Strategies Fund, Ltd., Stafford Towne, Ltd. | |
| Defendants. | |

Carmel Funk, of the City of St. Paul, County of Ramsey, State of Minnesota, states that on October 15, 2010, she served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

| | |
|---|---|
| Westford Special Situations Fund L.P.<br>C/O National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 | Westford Asset Management, LLC<br>C/O National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 |
| Epsilon Global Active Value Fund, L.P.<br>C/O National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 | Epsilon Global Active Value Fund II, L.P.<br>C/O National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 |
| Epsilon Global Active Value Fund II-B, L.P.<br>C/O National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 | Epsilon Global Active Value Fund II-B, L.P.<br>C/O National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 |
| Epsilon Global Active Value Fund II-G, L.P.<br>C/O National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 | Epsilon Investment Management, LLC<br>C/O National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 |
| Steve Goran Stevanovich<br>7521 Isla Verde Way<br>Delray Beach, Fl 33446 | |

via Certified and First Class U.S. Mail to the addresses listed above and electronically by Notice of Electronic Filing upon all parties who have requested service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

/e/ Carmel Funk
Carmel Funk