## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Petters Company, Inc.<br>Debtor(s) | Case No.: 08–45257<br>Chapter 11 |
| Douglas A. Kelley, Trustee<br>Plaintiff<br>v.<br>Westford Special Situations Master Fund, L.P.<br>Westford Global Asset Management, Ltd.<br>Westford Special Situations Fund Ltd.<br>Westford Special Situations Fund L.P.<br>Westford Asset Management, LLC<br>Epsilon Global Master Fund L.P.<br>Epsilon Global Active Value Fund, Ltd.<br>Epsilon Global Active Value Fund I–B, Ltd.<br>Epsilon Global Active Value Fund, L.P.<br>Epsilon Global Master Fund II, L.P.<br>Epsilon Global Master Fund II, L.P., Sub 1 (aka)<br>Epsilon Active Value Fund II, Ltd.<br>Westford Investment Fund Ltd. (fka)<br>Epsilon Global Active Value Fund II–B, Ltd.<br>Epsilon Global Active Value Fund II–G, Ltd.<br>Epsilon Global Active Value Fund II, L.P.<br>Epsilon Global Active Value Fund II–B, L.P.<br>Epsilon Global Active Value Fund II–G, L.P.<br>Epsilon Global Asset Management, Ltd.<br>Epsilon Investment Management, LLC<br>Epsilon Global Master Fund III – Structured Strategies, L.P.<br>Epsilon Global Active Value Fund III Ltd.<br>Capital Strategies Fund Ltd.<br>Stafford Towne, Ltd.<br>Steve Goran Stevanovich<br>Defendant | Adv. Proc. No. 10–04396 |

A lawsuit has been started against you. You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though you may have received a discharge.

You should consult your attorney as soon as possible, unless you wish to represent yourself. If you are unable to afford an attorney, you may contact:

> Bankruptcy Adversary Proceeding (BAP) Coordinator
> Volunteer Lawyers Network
> (612)752–6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees.

You may also obtain bankruptcy–related advice through the Bankruptcy Advice Clinic, a free service under which low income Minnesota residents contemplating bankruptcy, as well as pro se debtors and creditors already involved

in pending bankruptcy cases and adversary proceedings, can receive up to 15 minutes of basic information and advice from a bankruptcy attorney. The Clinics are available on a bi–weekly basis in Minneapolis and St. Paul. For more information and a complete schedule, see www.mnb.uscourts.gov.

Dated: 10/25/10                                             Lori Vosejpka
                                                            Clerk, United States Bankruptcy Court


                                                            By: anital
                                                            Deputy Clerk



**mnbprbo** 03/03/2005 – kb