| | |
|---|---|
| In re: Petters Company, Inc.<br>Debtor(s) | Case No.: 08−45257<br>Chapter 11 |
| Douglas A. Kelley, Trustee<br>Plaintiff | Adv. Proc. No. 10−04396 |
| v. | |
| Westford Special Situations Master Fund, L.P.<br>Westford Global Asset Management, Ltd.<br>Westford Special Situations Fund Ltd.<br>Westford Special Situations Fund L.P.<br>Westford Asset Management, LLC<br>Epsilon Global Master Fund L.P.<br>Epsilon Global Active Value Fund, Ltd.<br>Epsilon Global Active Value Fund I−B, Ltd.<br>Epsilon Global Active Value Fund, L.P.<br>Epsilon Global Master Fund II, L.P.<br>Epsilon Global Master Fund II, L.P., Sub 1 (aka)<br>Epsilon Active Value Fund II, Ltd.<br>Westford Investment Fund Ltd. (fka)<br>Epsilon Global Active Value Fund II−B, Ltd.<br>Epsilon Global Active Value Fund II−G, Ltd.<br>Epsilon Global Active Value Fund II, L.P.<br>Epsilon Global Active Value Fund II−B, L.P.<br>Epsilon Global Active Value Fund II−G, L.P.<br>Epsilon Global Asset Management, Ltd.<br>Epsilon Investment Management, LLC<br>Epsilon Global Master Fund III − Structured Strategies, L.P.<br>Epsilon Global Active Value Fund III Ltd.<br>Capital Strategies Fund Ltd.<br>Stafford Towne, Ltd.<br>Steve Goran Stevanovich<br>Defendant | |

A lawsuit has been started against you. You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though you may have received a discharge.

You should consult your attorney as soon as possible, unless you wish to represent yourself. If you are unable to afford an attorney, you may contact:

> Bankruptcy Adversary Proceeding (BAP) Coordinator
> Volunteer Lawyers Network
> (612)752−6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees.

You may also obtain bankruptcy−related advice through the Bankruptcy Advice Clinic, a free service under which low income Minnesota residents contemplating bankruptcy, as well as pro se debtors and creditors already involved

in pending bankruptcy cases and adversary proceedings, can receive up to 15 minutes of basic information and advice from a bankruptcy attorney. The Clinics are available on a bi−weekly basis in Minneapolis and St. Paul. For more information and a complete schedule, see www.mnb.uscourts.gov.

Dated: 10/25/10            <u>Lori Vosejpka</u>
Clerk, United States Bankruptcy Court


By: anital
Deputy Clerk



**mnbprbo** 03/03/2005 − kb

# CERTIFICATE OF NOTICE

```
District/off: 0864-4          User: anital              Page 1 of 1              Date Rcvd: Oct 25, 2010
Case: 10-04396                Form ID: mnbprbo          Total Noticed: 3
```

The following entities were noticed by first class mail on Oct 27, 2010.
```
pla             +Douglas A. Kelley, Trustee,    Kelley, Wolter & Scott, P.A.,    Centre Village Offices,
                 431 S 7th St,    Ste 2530,    Minneapolis, MN 55415-1855
dft             +Steve Goran Stevanovich,    7521 Isla Verde Way,    Delray Beach, FL 33446-4346
```

The following entities were noticed by electronic transmission on Oct 25, 2010.
```
ust             +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov                            US Trustee,
                 1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
                                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust              usta
                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2010**                   **Signature:**  _Joseph Speetjens_