# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re  Petters Company, Inc., et al., | Jointly Administered under Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,

                Plaintiff,

vs.

Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active Value Fund II-G, L.P.; Epsilon Global Asset Management, Ltd.; Epsilon Investment Management, LLC; Epsilon Global Master Fund III – Structured Strategies, L.P.; Epsilon Global Active Value Fund III Ltd.; Capital Strategies Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran Stevanovich,

                Defendants.

ADV. NO. 10-04396

**AMENDED CERTIFICATE OF SERVICE**

Carmel Funk, of the City of St. Paul, County of Ramsey, State of Minnesota, states that on October 15, 2010, she served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

| | |
|---|---|
| Westford Special Situations Fund L.P.<br>c/o National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 | Westford Asset Management, LLC<br>c/o National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 |
| Epsilon Global Active Value Fund, L.P.<br>c/o National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 | Epsilon Global Active Value Fund II, L.P.<br>c/o National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 |
| Epsilon Global Active Value Fund II-B, L.P.<br>c/o National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 | Epsilon Investment Management, LLC<br>c/o National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 |
| Epsilon Global Active Value Fund II-G, L.P.<br>c/o National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, Delaware 19904 | Steve Goran Stevanovich<br>7521 Isla Verde Way<br>Delray Beach, Fl 33446 |

via Certified and First Class U.S. Mail to the addresses listed above and electronically by Notice of Electronic Filing upon all parties who have requested service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

    /e/ Carmel Funk
    Carmel Funk