# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re   Petters Company, Inc., et al., | **Jointly Administered under Case No. 08-45257** |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc., | |
| Plaintiff, | |
| vs. | ADV. NO. 10-04396 |
| Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active Value Fund II-G, L.P.; Epsilon Global Asset Management, Ltd.; Epsilon Investment Management, LLC; Epsilon Global Master Fund III – Structured Strategies, L.P.; Epsilon Global Active Value Fund III Ltd.; Capital Strategies Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran Stevanovich, | **NOTICE OF ADDITIONAL ADDRESSES** |
| Defendants. | |

Please take notice of additional addresses as follows:

Epsilon Global Master Fund III – Structured Strategies, L.P.
c/o Steve Goran Stevanovich
7521 Isla Verde Way
Delray Beach, FL 33446

Epsilon Global Active Value Fund III Ltd.
c/o Steve Goran Stevanovich
7521 Isla Verde Way
Delray Beach, FL 33446

Stafford Towne, Ltd.
c/o HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola
British Virgin Islands

Epsilon Investment Management, LLC
First Canadian Place
100 King Street West
Suite 5715
Toronto, Ontario, M5X 1A9
Canada

Westford Asset Management, LLC
First Canadian Place
100 King Street West
Suite 5715
Toronto, Ontario, M5X 1A9
Canada

DATED: December _____, 2010

LINDQUIST & VENNUM P.L.L.P.

By: /s/ Kirstin D. Kanski
    Daryle L. Uphoff (0111831)
    Mark D. Larsen (318498)
    James A. Lodoen (173605)
    Kirstin D. Kanski (0346676)
    Adam C. Ballinger (0389058)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
www.lindquist.com

**ATTORNEYS FOR DOUGLAS A. KELLEY CHAPTER 11 TRUSTEE OF PETTERS COMPANY, INC., MGC FINANCE, INC. AND PL LTD., INC.**