UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 08-45257** |
| PETTERS COMPANY, INC., ET AL, | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc. | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

***

**ORDER RE: PROCEEDINGS AT HEARING ON JANUARY 18, 2011**

***

At St. Paul, Minnesota
December 23, 2010.

Pursuant to an order entered on September 22, 2010 [Dkt. No. 475], the Trustee has filed a motion for a procedures order to govern further litigation in the 200-plus adversary proceedings commenced by him [Dkt. No. 799]. That motion will come on for hearing on *January 18, 2011 at 1:30 p.m.*

The Court anticipates a large number of appearances by counsel at the hearing. To accommodate such attendance and participation while ensuring an orderly hearing,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/23/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

IT IS HEREBY ORDERED:

1. The hearing will be conducted in the *Edward J. Devitt Courtroom, First Floor, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota*. The District Court's Jury Assembly Room on the first floor has been reserved for overflow attendance. The Jury Assembly Room will be served by a video display of the proceedings in the courtroom, but any attorney wishing to address the Court must do so from the podium in the courtroom.

2. **No appearances by telephone will be authorized for this hearing.**

3. To enable an accurate tally of attorney appearances while conserving courtroom time, counsel intending to appear at the hearing shall signify their intent before the hearing, by e-mail communication to the following address:

Petters_1-18-11@mnb.uscourts.gov

Counsel may send this e-mail message *after* January 1, 2011. All such messages shall be sent by **12:00 noon CST on January 17, 2011**. In the text of the message, counsel shall recite the following information, in the format of paragraphs lettered as follows:

   a. name of attorney(s) to be attending;

   b. name of adversary proceeding defendant-client(s); and

   c. file no(s). of adversary proceeding(s) in which attorney is representing defendant(s).

Any attorney who will note an appearance on behalf of a party that is *not* a defendant in a pending adversary shall identify the name of the client in a second lettered paragraph in the text of the message.

4. Upon their arrival at the courthouse, all counsel shall check in on the first floor at a place to be designated by signage, to confirm attendance at the hearing.

5. All written responses to the Trustee's motion, including all proposals for treatment of the aspects of the litigation identified in Term 6 of the September 22, 2010 order and

2

all counter-proposals to the Trustee's motion, shall be filed by **January 13, 2011**.

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
UNITED STATES BANKRUPTCY JUDGE