UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*************************************************************************************************

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 08-45257** |
| PETTERS COMPANY, INC., ET AL, | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc. | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

*************************************************************************************************

**ORDER RE: PROCEEDINGS AT HEARING ON JANUARY 18, 2011**

*************************************************************************************************

At St. Paul, Minnesota
December 23, 2010.

Pursuant to an order entered on September 22, 2010 [Dkt. No. 475], the Trustee has filed a motion for a procedures order to govern further litigation in the 200-plus adversary proceedings commenced by him [Dkt. No. 799]. That motion will come on for hearing on *January 18, 2011 at 1:30 p.m.*

The Court anticipates a large number of appearances by counsel at the hearing. To accommodate such attendance and participation while ensuring an orderly hearing,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/23/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

IT IS HEREBY ORDERED:

1. The hearing will be conducted in the *Edward J. Devitt Courtroom, First Floor, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota*. The District Court's Jury Assembly Room on the first floor has been reserved for overflow attendance. The Jury Assembly Room will be served by a video display of the proceedings in the courtroom, but any attorney wishing to address the Court must do so from the podium in the courtroom.

2. **No appearances by telephone will be authorized for this hearing.**

3. To enable an accurate tally of attorney appearances while conserving courtroom time, counsel intending to appear at the hearing shall signify their intent before the hearing, by e-mail communication to the following address:

Petters_1-18-11@mnb.uscourts.gov

Counsel may send this e-mail message *after* January 1, 2011. All such messages shall be sent by **12:00 noon CST on January 17, 2011**. In the text of the message, counsel shall recite the following information, in the format of paragraphs lettered as follows:

a. name of attorney(s) to be attending;

b. name of adversary proceeding defendant-client(s); and

c. file no(s). of adversary proceeding(s) in which attorney is representing defendant(s).

Any attorney who will note an appearance on behalf of a party that is *not* a defendant in a pending adversary shall identify the name of the client in a second lettered paragraph in the text of the message.

4. Upon their arrival at the courthouse, all counsel shall check in on the first floor at a place to be designated by signage, to confirm attendance at the hearing.

5. All written responses to the Trustee's motion, including all proposals for treatment of the aspects of the litigation identified in Term 6 of the September 22, 2010 order and

2

all counter-proposals to the Trustee's motion, shall be filed by **January 13, 2011**.

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

District/off: 0864-4        User: admin              Page 1 of 2              Date Rcvd: Jan 03, 2011
Case: 10-04396              Form ID: pdfadi          Total Noticed: 30

The following entities were noticed by first class mail on Jan 05, 2011.
```
dft            Capital Strategies Fund Ltd.,    HWR Services Limited,    Craigmuir Chambers,    PO Box 71,
               Road Town, Tortola,    BRITISH VIRGIN ISLANDS
pla           +Douglas A. Kelley, Trustee,    Kelley, Wolter & Scott, P.A.,    Centre Village Offices,
               431 S 7th St,    Ste 2530,    Minneapolis, MN 55415-1855
dft            Epsilon Active Value Fund II, Ltd.,    HWR Services Limited,    Craigmuir Chambers,    PO Box 71,
               Road Town, Tortola,    BRITISH VIRGIN ISLANDS
dft            Epsilon Global Active Value Fund I-B, Lt,    HWR Services Limited,    Craigmuir Chambers,
               PO Box 71,    Road Town, Tortola,    BRITISH VIRGIN ISLANDS
dft           +Epsilon Global Active Value Fund II, L.P,    National Registered Agents,    160 Greentree Drive,
               Suite 101,    Dover, DE 19904-7620
dft           +Epsilon Global Active Value Fund II-B, L,    National Registered Agents,    160 Greentree Drive,
               Suite 101,    Dover, DE 19904-7620
dft            Epsilon Global Active Value Fund II-B, L,    HWR Services Limited,    Craigmuir Chambers,
               PO Box 71,    Road Town, Tortola,    BRITISH VIRGIN ISLANDS
dft           +Epsilon Global Active Value Fund II-G, L,    National Registered Agents,    160 Greentree Drive,
               Suite 101,    Dover, DE 19904-7620
dft            Epsilon Global Active Value Fund II-G, L,    HWR Services Limited,    Craigmuir Chambers,
               PO Box 71,    Road Town, Tortola,    BRITISH VIRGIN ISLANDS
dft            Epsilon Global Active Value Fund III Ltd,    HWR Services Limited,    Craigmuir Chambers,
               PO Box 71,    Road Town, Tortola,    BRITISH VIRGIN ISLANDS
dft           +Epsilon Global Active Value Fund III Ltd,    c/o Steve Goran Stevanovich,    7521 Isla Verde Way,
               Delray Beach, FL 33446-4346
dft           +Epsilon Global Active Value Fund, L.P.,    National Registered Agents,    160 Greentree Drive,
               Suite 101,    Dover, DE 19904-7620
dft            Epsilon Global Active Value Fund, Ltd.,    HWR Services Limited,    Craigmuir Chambers,    PO Box 71,
               Road Town, Tortola,    BRITISH VIRGIN ISLANDS
dft            Epsilon Global Asset Management, Ltd.,    PO Box 309, Ugland House,    South Church Street,
               George Town,    Grand Cayman,    KY1-1104,    CAYMAN ISLANDS
dft            Epsilon Global Master Fund II, L.P.,    PO Box 309, Ugland House,    South Church Street,
               George Town,    Grand Cayman,    KY1-1104,    CAYMAN ISLANDS
dft            Epsilon Global Master Fund III - Structu,    HWR Services Limited,    Craigmuir Chambers,
               PO Box 71,    Road Town, Tortola,    BRITISH VIRGIN ISLANDS
dft           +Epsilon Global Master Fund III - Structu,    c/o Steve Goran Stevanovich,    7521 Isla Verde Way,
               Delray Beach, FL 33446-4346
dft            Epsilon Global Master Fund L.P.,    PO Box 309, Ugland House,    South Church Street,    George Town,
               Grand Cayman,    KY1-1104,    CAYMAN ISLANDS
dft           +Epsilon Investment Management, LLC,    National Registered Agents,    160 Greentree Drive,
               Suite 101,    Dover, DE 19904-7620
dft            Epsilon Investment Management, LLC,    First Canadian Place,    100 King Street West,    Suite 5715,
               Toronto M5X 1 A9,    Ontario,    CANADA
dft            Stafford Towne, Ltd,    c/o HWR Services Limited,    Craigmuir Chambers,    PO Box 71,
               Road Town,    Tortola,    BRITISH VIRGIN ISLANDS
dft           +Stafford Towne, Ltd.,    7280 W. Palmetto Park Road,    Boca Raton, FL 33433-3422
dft           +Steve Goran Stevanovich,    7521 Isla Verde Way,    Delray Beach, FL 33446-4346
dft           +Westford Asset Management, LLC,    National Registered Agents,    160 Greentree Drive,    Suite 101,
               Dover, DE 19904-7620
dft            Westford Asset Management, LLC,    First Canadian Place,    100 King Street West,    Suite 5715,
               Toronto M5X 1 A9,    Ontario,    CANADA
dft            Westford Global Asset Management, Ltd.,    PO Box 309, Ugland House,    South Church Street,
               George Town,    Grand Cayman,    KY1-1104,    CAYMAN ISLANDS
dft           +Westford Special Situations Fund L.P.,    National Registered Agents,    160 Greentree Drive,
               Suite 101,    Dover, DE 19904-7620
dft            Westford Special Situations Fund Ltd.,    HWR Services Limited,    Craigmuir Chambers,    PO Box 71,
               Road Town, Tortola,    BRITISH VIRGIN ISLANDS
dft            Westford Special Situations Master Fund,,    Maples and Calder,    PO Box 309, Ugland House,
               South Church Street,    Grand Cayman,    KY1-1104,    CAYMAN ISLANDS
```

The following entities were noticed by electronic transmission on Jan 03, 2011.
```
ust           +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov                            US Trustee,
               1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            usta
                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2011**                              **Signature:**   *Joseph Speetjens*