# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) <u>Has been served on Tuesday 16th November, 2010 at 3:30pm.</u>
  At (place, street, number ) <u>Harneys Corporate Services. Road Town, Tortola, BVI.</u>

  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
  Paragraph of Article 5 of the Convention. *

  [ ] (b) in accordance with the following particular method: *
  <u>xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.</u>

  [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
  <u>Harneys Corporate Services. Registered Agent for Epsilon Global Active Value Fund II, Ltd.</u>

The documents referred to on the request have been delivered to:

- (identity and description or person)
  <u>Gwenyth Vanterpool</u>

- (Relationship to the addressee (family, business or other):
  <u>Director</u>

(2) That the document has not been served, by the reason of the following facts:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxx

Annexes

Documents returned:

1. <u>Certificate – Vol. 66/3017</u>
2. <u>Documents requested to be served</u>

Done at <u>Registrar's Office, Road Town, Tortola</u>
<u>British Virgin Islands on 19th November, 2010</u>

In appropriate cases, documents
Establishing the service:

_____
_____
_____
_____

*Delete if inappropriate

Signature and/or stamp

Paula Ajarie
Registrar, High Court

Case No.: 08-45257
Adv. No.: 10-04396

**REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

~~VOL-166/3017~~

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq. | DESIGNATED HAGUE AUTHORITY FOR THE BRITISH |
| LEGAL LANGUAGE SERVICES | VIRGIN ISLANDS |
| 8014 State Line Road, Suite 110 | The Registrar's Office of the Supreme Court |
| Leawood, Kansas 66208 | Registrar, High Court |
| UNITED STATES OF AMERICA | P.O. Box 418, Main Street |
| Tel. 1.913.341.3167 | Road Town, Tortola |
| | BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* EPSILON GLOBAL ACTIVE VALUE FUND II, LTD *formerly known as* WESTFORD INVESTMENT FUND LTD.
in care of its registered agent HWR Services Limited
Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*    Personal (in-hand) service by a judicial officer in accordance
with your internal law for service of documents upon persons or entities in your territory.
*Check for services of Judicial Officer attached.*

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec*
*l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO**
**ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES**
**OF THE COURT.** (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

Executed "Request," in duplicate
"Certificate" (unexecuted), in duplicate          Done at  Leawood, Kansas, U.S.A. , the  1st  Nov. 2010
"Summary," in duplicate                           *Fait à _____ , le _____*
"Notice," in duplicate                            **Signature and/or stamp.**
Letter Dated October 27, 2010, in duplicate       *Signature et/ou cachet.*
Summons, in duplicate
Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in
                                        duplicate
Complaint, with Exhibits A-K, in duplicate
*Delete if inappropriate                          (Formerly OBD-116 which was formerly LAA-116, USM-94
*Rayer les mentions inutiles.*                     ¹ both of which may still be used)          (Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority: | Karina J. Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

Particulars of the parties*:
*Identité des parties :*   IN RE
   PETTERS COMPANY, INC., et al., *Debtors*
   DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*
   WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it
   and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

Date and place for entering appearance**:
*Date et lieu de la comparution :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States
Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.
Court which has given judgment**:
*Juridiction qui a rendu la décision :*   N/A

Date of judgment**:
*Date de la décision :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*   Delete if inappropriate.
*Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302

3

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

EPSILON GLOBAL ACTIVE VALUE FUND II, LTD
*formerly known as* WESTFORD INVESTMENT FUND LTD.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
BRITISH VIRGIN ISLANDS

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) <u>Has been served on Tuesday 16th November, 2010 at 3:30 pm.</u>
  At (place, street, number ) <u>Harneys Corporate Services, Road Town, Tortola, BVI.</u>

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
Paragraph of Article 5 of the Convention. *

[ ] (b) in accordance with the following particular method: *
<u>XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.</u>

[ ] (c) by delivery to the addressee, who accepted it voluntarily. *
<u>Harneys Corporate Services, Registered Agent for Westford Special Situations Fund Ltd.</u>

The documents referred to on the request have been delivered to:

- (identity and description or person)
  <u>Gwenyth Vanterpool</u>

- (Relationship to the addressee (family, business or other):
  <u>Director</u>

(2) That the document has not been served, by the reason of the following facts:
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXX

Annexes

Documents returned:

1. <u>Certificate – Vol. 66/3012</u>
2. <u>Documents requested to be served</u>

Done at <u>Registrar's Office, Road Town, Tortola</u>
<u>British Virgin Islands on 19th November, 2010</u>

In appropriate cases, documents
Establishing the service:

Signature and/or stamp

_____

_____

_____          Paula Ajarie

*Delete if inappropriate          Registrar, High Court

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Vor 66 / 3012**

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| **Identity and address of the applicant** *Identité et adresse du requérant* | **Address of receiving authority** *Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq. LEGAL LANGUAGE SERVICES 8014 State Line Road, Suite 110 Leawood, Kansas 66208 UNITED STATES OF AMERICA Tel. 1.913.341.3167 | DESIGNATED HAGUE AUTHORITY FOR THE BRITISH VIRGIN ISLANDS The Registrar's Office of the Supreme Court Registrar, High Court P.O. Box 418, Main Street Road Town, Tortola BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*    WESTFORD SPECIAL SITUATIONS FUND LTD. *in care of its registered agent* HWR Services Limited
         Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110
         BRITISH VIRGIN ISLANDS

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*    Personal (in-hand) service by a judicial officer in accordance
with your internal law for service of documents upon persons or entities in your territory.
**\*Check for services of Judicial Officer attached.\***

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*;
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec*
*l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT.** (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

**List of documents**
*Enumération des pièces*

Executed "Request," in duplicate

"Certificate" (unexecuted), in duplicate

"Summary," in duplicate

"Notice," in duplicate

Letter Dated October 27, 2010, in duplicate

Summons, in duplicate

Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in
                     duplicate

Complaint, with Exhibits A-K, in duplicate

*\*Delete if inappropriate*
*Rayer les mentions inutiles.*

Done at  Leawood, Kansas, U.S.A. , the  1st Nov. 2010

*Fait à* _____ , *le* _____

Signature and/or stamp.

*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, USM-94
both of which may still be used)           (Est. 11/22/77)

# SUMMARY OF THE DOCUMENT TO BE SERVED
## *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:  Karina J. Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*  LEGAL LANGUAGE SERVICES

8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.

Tel. 1.913.341.3167

Particulars of the parties*:
*Identité des parties :*  IN RE

PETTERS COMPANY, INC., et al., *Debtors*

DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*

WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*

## JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it
and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

Date and place for entering appearance**:
*Date et lieu de la comparution :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States
Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.

Court which has given judgment**:
*Juridiction qui a rendu la décision :*   N/A

Date of judgment**:
*Date de la décision :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

## EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   N/A

---

\*  If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

3

\*U.S. Government Printing Office: 1990-262-211/15302

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

WESTFORD SPECIAL SITUATIONS FUND LTD.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
BRITISH VIRGIN ISLANDS

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) <u>Has been served on Tuesday 16th November, 2010 at 3:32pm.</u>
  At (place, street, number ) <u>Harneys Corporate Services. Road Town, Tortola, BVI.</u>

    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
        Paragraph of Article 5 of the Convention. *

    [ ] (b) in accordance with the following particular method: *
        <u>XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.</u>

    [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
    <u>Harneys Corporate Services. Registered Agent for Epsilon Global Master Fund III Ltd.</u>

The documents referred to on the request have been delivered to:

- (identity and description or person)
  <u>Gwenyth Vanterpool</u>

- (Relationship to the addressee (family, business or other):
  <u>Director</u>

(2) That the document has not been served, by the reason of the following facts:
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXX

Annexes

Documents returned:

1. <u>Certificate – Vol. 66/3014</u>
2. <u>Documents requested to be served</u>

Done at <u>Registrar's Office, Road Town, Tortola</u>
<u>British Virgin Islands on 19th November, 2010</u>

In appropriate cases, documents
Establishing the service:

Signature and/or stamp

_____
_____
_____
*Delete if inappropriate

Paula Ajarie
Registrar, High Court

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Vol. 66/3014**

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciares ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | DESIGNATED HAGUE AUTHORITY FOR THE BRITISH<br>VIRGIN ISLANDS<br>The Registrar's Office of the Supreme Court<br>Registrar, High Court<br>P.O. Box 418, Main Street<br>Road Town, Tortola<br>BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,
en le priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*    EPSILON GLOBAL MASTER FUND III LTD. – STRUCTURED STRATEGIES, L.P.
*in care of its registered agent HWR Services Limited*
Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :    **Personal (in-hand) service by a judicial officer in accordance**
**with your internal law for service of documents upon persons or entities in your territory.**
**\*Check for services of Judicial Officer attached.\***

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec
l'attestation figurant au verso.*
**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT.** (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | **Done at** _Leawood, Kansas, U.S.A._, **the** _1st Nov. 2010_ |
| "Certificate" (unexecuted), in duplicate | |
| "Summary," in duplicate | *Fait à* _____, *le* _____ |
| "Notice," in duplicate | **Signature and/or stamp.** |
| Letter Dated October 27, 2010, in duplicate | *Signature et/ou cachet.* |
| Summons, in duplicate | |
| Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in<br>                                    duplicate | |
| Complaint, with Exhibits A-K, in duplicate | |

**\*Delete if inappropriate**
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, USM-94
¹ both of which may still be used)       (Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** | Karina J. Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

**Particulars of the parties\*:**
*Identité des parties :*  IN RE
PETTERS COMPANY, INC., et al., *Debtors*
DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*
WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*

### JUDICIAL DOCUMENT\*\*
### *ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*    To give notice to the Defendant of the commencement of a civil claim against it
and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*    A civil action has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :*    Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States
Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.
**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :*    N/A

**Date of judgment\*\*:**
*Date de la décision :*    N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*    Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

### EXTRAJUDICIAL DOCUMENT\*\*
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*    N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*    N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
*Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302

3

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

EPSILON MASTER VALUE FUND III LTD. –
STRUCTURED STRATEGIES, L.P.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
**BRITISH VIRGIN ISLANDS**

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) <u>Has been served on Tuesday 16th November, 2010 at 3:30 pm.</u>
  At (place, street, number ) <u>Harneys Corporate Services. Road Town, Tortola, BVI.</u>

    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
        Paragraph of Article 5 of the Convention. *

    [ ] (b) in accordance with the following particular method: *
        <u>xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.</u>

    [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
    <u>Harneys Corporate Services. Registered Agent for Capital Strategies Fund Ltd.</u>

The documents referred to on the request have been delivered to:

- (identity and description or person)
  <u>Gwenyth Vanterpool</u>

- (Relationship to the addressee (family, business or other):
  <u>Director</u>

(2) That the document has not been served, by the reason of the following facts:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxx

Annexes

Documents returned:

1. <u>Certificate – Vol. 66/3013</u>
2. <u>Documents requested to be served</u>

In appropriate cases, documents
Establishing the service:

_____
_____
_____
_____

*Delete if inappropriate

Done at <u>Registrar's Office, Road Town, Tortola</u>
<u>British Virgin Islands on 19th November, 2010</u>

Signature and/or stamp

Paula Ajarie
Registrar, High Court

**REQUEST**

**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

Vol·66/3013

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq. | DESIGNATED HAGUE AUTHORITY FOR THE BRITISH |
| LEGAL LANGUAGE SERVICES | VIRGIN ISLANDS |
| 8014 State Line Road, Suite 110 | The Registrar's Office of the Supreme Court |
| Leawood, Kansas 66208 | Registrar, High Court |
| UNITED STATES OF AMERICA | P.O. Box 418, Main Street |
| Tel. 1.913.341.3167 | Road Town, Tortola |
| | BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*    CAPITAL STRATEGIES FUND LTD. *in care of its registered agent* HWR Services Limited
_____ Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110 _____
_____ BRITISH VIRGIN ISLANDS _____

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*    Personal (in-hand) service by a judicial officer in accordance
    with your internal law for service of documents upon persons or entities in your territory.
    _____ *Check for services of Judicial Officer attached.* _____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*;
    *(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate
as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec*
*l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)**

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A. , the [ st Nov · 2010 |
| "Summary," in duplicate | *Fait à* _____ , *le* _____ |
| "Notice," in duplicate | **Signature and/or stamp.** |
| Letter Dated October 27, 2010, in duplicate | *Signature et/ou cachet.* |
| Summons, in duplicate | |
| Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in | |
| duplicate | |
| Complaint, with Exhibits A-K, in duplicate | |

*Delete if inappropriate
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, USM-94
[1] both of which may still be used)                     (Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** | Karina J. Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

**Particulars of the parties*:**
*Identité des parties :*   IN RE
PETTERS COMPANY, INC., et al., *Debtors*
DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*
WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*

## JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it
and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States
Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.
**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment**:**
*Date de la décision :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

## EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302

3

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

CAPITAL STRATEGIES FUND LTD.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
BRITISH VIRGIN ISLANDS

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) Has been served on Tuesday 16th November, 2010 at 3:30pm.
  At (place, street, number ) Harneys Corporate Services. Road Town, Tortola, BVI.

  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
  Paragraph of Article 5 of the Convention. *

  [ ] (b) in accordance with the following particular method: *
  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

  [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
  Harneys Corporate Services. Registered Agent for Epsilon Global Active Value Fund II – B,
  Ltd.

The documents referred to on the request have been delivered to:

- (identity and description or person)
  Gwenyth Vanterpool

- (Relationship to the addressee (family, business or other):
  Director

(2) That the document has not been served, by the reason of the following facts:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxx

Annexes

Documents returned:

1. Certificate – Vol. 66/3016
2. Documents requested to be served

Done at Registrar's Office, Road Town, Tortola
British Virgin Islands on 19th November, 2010

In appropriate cases, documents
Establishing the service:

_____

_____

_____

_____

*Delete if inappropriate

Signature and/or stamp

Paula Ajarie
Registrar, High Court

**REQUEST**

**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

VOI-66/3016

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | DESIGNATED HAGUE AUTHORITY FOR THE BRITISH<br>VIRGIN ISLANDS<br>The Registrar's Office of the Supreme Court<br>Registrar, High Court<br>P.O. Box 418, Main Street<br>Road Town, Tortola<br>BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* EPSILON GLOBAL ACTIVE VALUE FUND II-B, LTD. *in care of its registered agent* HWR Services Limited
Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
*~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal (in-hand) service by a judicial officer in accordance
with your internal law for service of documents upon persons or entities in your territory.
**\*Check for services of Judicial Officer attached.\***

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
*~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec*
*l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A. , the 1st Nov. 2010 |
| "Summary," in duplicate | *Fait à* _____, *le* _____ |
| "Notice," in duplicate | **Signature and/or stamp.** |
| Letter Dated October 27, 2010, in duplicate | *Signature et/ou cachet.* |
| Summons, in duplicate | |
| Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in | |
| duplicate | |
| Complaint, with Exhibits A-K, in duplicate | |

**\*Delete if inappropriate**
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, USM-94
[1] both of which may still be used)    (Est. 11/22/77)

# SUMMARY OF THE DOCUMENT TO BE SERVED
## *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina J. Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*
    LEGAL LANGUAGE SERVICES
    8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
    Tel. 1.913.341.3167

**Particulars of the parties*:**
*. Identité des parties :*   IN RE
    PETTERS COMPANY, INC., et al., *Debtors*
    DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*
    WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*

## JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it
    and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States
Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.
**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment**:**
*Date de la décision :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

## EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   N/A

---

\*  If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
  *Rayer les mentions inutiles.*
                                    \*U.S. Government Printing Office: 1990-262-211/15302

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

EPSILON GLOBAL ACTIVE VALUE FUND II-B, LTD.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
BRITISH VIRGIN ISLANDS

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) Has been served on Monday 22nd November, 2010 at 3:35pm.
  At (place, street, number ) Harneys Corporate Services. Road Town, Tortola, BVI.

      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
      Paragraph of Article 5 of the Convention. *

      [ ] (b) in accordance with the following particular method: *
      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

      [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
      Harneys Corporate Services. Registered Agent for Epsilon Global Active Value Fund I – B,
      Ltd.

The documents referred to on the request have been delivered to:

- (identity and description or person)
  Andrew Michael Thord

- (Relationship to the addressee (family, business or other):
  Partner

(2) That the document has not been served, by the reason of the following facts:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxx

Annexes

Documents returned:

1. Certificate – Vol. 66/3015
2. Documents requested to be served

Done at Registrar's Office, Road Town, Tortola
British Virgin Islands on 23rd November, 2010

In appropriate cases, documents
Establishing the service:

Signature and/or stamp

Paula Ajarie
Registrar, High Court

*Delete if inappropriate

Case No.: 08-45257
Adv. No.: 10-04396

Reg /007233
2006

**REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

Vol·66/3015

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq. | DESIGNATED HAGUE AUTHORITY FOR THE BRITISH |
| LEGAL LANGUAGE SERVICES | VIRGIN ISLANDS |
| 8014 State Line Road, Suite 110 | The Registrar's Office of the Supreme Court |
| Leawood, Kansas 66208 | Registrar, High Court |
| UNITED STATES OF AMERICA | P.O. Box 418, Main Street |
| Tel. 1.913.341.3167 | Road Town, Tortola |
| | BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit –in duplicate– the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir :*

(identité et adresse)   EPSILON GLOBAL ACTIVE VALUE FUND I-B, LTD. *in care of its registered agent* HWR Services Limited
Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal (in-hand) service by a judicial officer in accordance
with your internal law for service of documents upon persons or entities in your territory.
**\*Check for services of Judicial Officer attached.\***

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate
as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec*
*l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at _Leawood, Kansas, U.S.A._, the _1st Nov. 2010_ |
| "Summary," in duplicate | *Fait à* _____, *le* _____ |
| "Notice," in duplicate | **Signature and/or stamp.** |
| Letter Dated October 27, 2010, in duplicate | *Signature et/ou cachet.* |
| Summons, in duplicate | |
| Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in | |
| duplicate | *Karina* |
| Complaint, with Exhibits A-K, in duplicate | |

**\*Delete if inappropriate**   (Formerly OBD-116 which was formerly LAA-116, USM-94
*Rayer les mentions inutiles.*   ¹ both of which may still be used)   (Est. 11/22/77)

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** | Karina J. Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

**Particulars of the parties\*:**
*Identité des parties :*   IN RE

PETTERS COMPANY, INC., et al., *Debtors*

DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*

WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*

## JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it
and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States
Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.
**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment\*\*:**
*Date de la décision :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

## EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\*   Delete if inappropriate.
*Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

EPSILON GLOBAL ACTIVE VALUE FUND I-B, LTD.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
BRITISH VIRGIN ISLANDS

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) <u>Has been served on Tuesday 16th November, 2010 at 3:32pm.</u>
  At (place, street, number ) <u>Harneys Corporate Services. Road Town, Tortola, BVI.</u>

    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
    Paragraph of Article 5 of the Convention. *

    [ ] (b) in accordance with the following particular method: *
    <u>xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.</u>

    [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
    <u>Harneys Corporate Services. Registered Agent for Epsilon Global Active Value Fund III Ltd.</u>

The documents referred to on the request have been delivered to:

- (identity and description or person)
  <u>Gwenyth Vanterpool</u>

- (Relationship to the addressee (family, business or other):
  <u>Director</u>

(2) That the document has not been served, by the reason of the following facts:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxx

Annexes

Documents returned:

1. <u>Certificate – Vol. 66/3009</u>
2. <u>Documents requested to be served</u>

Done at <u>Registrar's Office, Road Town, Tortola</u>
<u>British Virgin Islands on 19th November, 2010</u>

In appropriate cases, documents
Establishing the service:

Signature and/or stamp

_____

_____

_____          Paula Ajarie

*Delete if inappropriate            Registrar, High Court

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Vol. 66/3009

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>DESIGNATED HAGUE AUTHORITY FOR THE BRITISH<br>VIRGIN ISLANDS<br>The Registrar's Office of the Supreme Court<br>Registrar, High Court<br>P.O. Box 418, Main Street<br>Road Town, Tortola<br>BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit –in duplicate– the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*    EPSILON GLOBAL ACTIVE VALUE FUND III LTD. *in care of its registered agent* HWR Services Limited
       Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110
       BRITISH VIRGIN ISLANDS

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\*~~
     *~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:
     *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*    Personal (in-hand) service by a judicial officer in accordance
   with your internal law for service of documents upon persons or entities in your territory.
               **\*Check for services of Judicial Officer attached.\***

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*:~~
     *~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes\*—with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec*
*l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO**
**ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES**
**OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)**

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | **Done at** Leawood, Kansas, U.S.A., the 1st Nov. 2010 |
| "Summary," in duplicate | *Fait à* _____, *le* _____ |
| "Notice," in duplicate | |
| Letter Dated October 27, 2010, in duplicate | **Signature and/or stamp.** |
| Summons, in duplicate | *Signature et/ou cachet.* |
| Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in | |
|                             duplicate | |
| Complaint, with Exhibits A-K, in duplicate | |

\*Delete if inappropriate
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, USM-94
 both of which may still be used)        (Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares*
*en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

Name and address of the requesting authority:  Karina J. Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*    LEGAL LANGUAGE SERVICES
      8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
      Tel. 1.913.341.3167

Particulars of the parties*:
*Identité des parties :*  IN RE
    PETTERS COMPANY, INC., et al., *Debtors*
    DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*
    WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*
### JUDICIAL DOCUMENT**
#### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    To give notice to the Defendant of the commencement of a civil claim against it
    and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

Date and place for entering appearance**:
*Date et lieu de la comparution :*  Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
  Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States
  Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.
Court which has given judgment**:
*Juridiction qui a rendu la décision :*    N/A

Date of judgment**:
*Date de la décision :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
  P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If
  Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

### EXTRAJUDICIAL DOCUMENT**
#### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   N/A

---

\*  If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

*U.S. Government Printing Office: 1990-262-211/15302

**NOTICE**
*(recommended by the Fourteenth Session of*
*Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

EPSILON GLOBAL ACTIVE VALUE FUND III LTD.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
BRITISH VIRGIN ISLANDS

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) Has been served on Tuesday 16th November, 2010 at 3:32 pm.
At (place, street, number ) Harneys Corporate Services. Road Town, Tortola, BVI.

     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first Paragraph of Article 5 of the Convention. *

     [ ] (b) in accordance with the following particular method: *
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

     [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
Harneys Corporate Services. Registered Agent for Epsilon Global Active Value Fund, Ltd.

The documents referred to on the request have been delivered to:

- (identity and description or person)
Gwenyth Vanterpool

- (Relationship to the addressee (family, business or other):
Director

(2) That the document has not been served, by the reason of the following facts:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxx

Annexes

Documents returned:

1. Certificate – Vol. 66/3011
2. Documents requested to be served

Done at Registrar's Office, Road Town, Tortola
British Virgin Islands on 19th November, 2010

In appropriate cases, documents
Establishing the service:

_____

_____

_____

_____

*Delete if inappropriate

Signature and/or stamp

Paula Ajarie
Registrar, High Court

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Vol 66/3011

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciares ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq. LEGAL LANGUAGE SERVICES 8014 State Line Road, Suite 110 Leawood, Kansas 66208 UNITED STATES OF AMERICA Tel. 1.913.341.3167 | DESIGNATED HAGUE AUTHORITY FOR THE BRITISH VIRGIN ISLANDS The Registrar's Office of the Supreme Court Registrar, High Court P.O. Box 418, Main Street Road Town, Tortola BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* EPSILON GLOBAL ACTIVE VALUE FUND, LTD. *in care of its registered agent* HWR Services Limited
Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal (in-hand) service by a judicial officer in accordance
with your internal law for service of documents upon persons or entities in your territory.
**\*Check for services of Judicial Officer attached.\***

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate
as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec*
*l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

Executed "Request," in duplicate

"Certificate" (unexecuted), in duplicate

"Summary," in duplicate

"Notice," in duplicate

Letter Dated October 27, 2010, in duplicate

Summons, in duplicate

Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in
duplicate

Complaint, with Exhibits A-K, in duplicate
\*Delete if inappropriate
*Rayer les mentions inutiles.*

Done at  Leawood, Kansas, U.S.A. , the  1st Nov. 2010

*Fait à _____ , le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, USM-94
both of which may still be used)          (Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

Name and address of the requesting authority:   Karina J. Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*   LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties\*:**
*Identité des parties :*   IN RE
PETTERS COMPANY, INC., et al., *Debtors*
DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*
WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*
### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it
and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States
Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.
**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment\*\*:**
*Date de la décision :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

### EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*      \*U.S. Government Printing Office: 1990-262-211/15302
\*\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*      3

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

EPSILON GLOBAL ACTIVE VALUE FUND, LTD.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
BRITISH VIRGIN ISLANDS

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) Has been served on Tuesday 16th November, 2010 at 3:32 pm.
  At (place, street, number ) Harneys Corporate Services. Road Town, Tortola, BVI.

    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
    Paragraph of Article 5 of the Convention. *

    [ ] (b) in accordance with the following particular method: *
    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

    [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
    Harneys Corporate Services. Registered Agent for Epsilon Global Active Value Fund II – G.
    Ltd.

The documents referred to on the request have been delivered to:

- (identity and description or person)
  Gwenyth Vanterpool

- (Relationship to the addressee (family, business or other):
  Director

(2) That the document has not been served, by the reason of the following facts:
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXX

Annexes

Documents returned:

1. Certificate – Vol. 66/3010
2. Documents requested to be served

Done at Registrar's Office, Road Town, Tortola
British Virgin Islands on 19th November, 2010

In appropriate cases, documents
Establishing the service:

_____

_____

_____

*Delete if inappropriate

Signature and/or stamp

Paula Ajarie
Registrar, High Court

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Vol. 66 / 3010**

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciares ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | DESIGNATED HAGUE AUTHORITY FOR THE BRITISH<br>VIRGIN ISLANDS<br>The Registrar's Office of the Supreme Court<br>Registrar, High Court<br>P.O. Box 418, Main Street<br>Road Town, Tortola<br>BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)       EPSILON GLOBAL ACTIVE VALUE FUND II-G, LTD. *in care of its registered agent* HWR Services Limited

Craigmuir Chambers, P.O. Box 71, Road Town, Tortola VG1110

BRITISH VIRGIN ISLANDS

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*    Personal (in-hand) service by a judicial officer in accordance

with your internal law for service of documents upon persons or entities in your territory.

*Check for services of Judicial Officer attached.*

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec
l'attestation figurant au verso.*
THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A., the 1st Nov. 2010 |
| "Summary," in duplicate | *Fait à _____, le _____* |
| "Notice," in duplicate | Signature and/or stamp. |
| Letter Dated October 27, 2010, in duplicate | *Signature et/ou cachet.* |
| Summons, in duplicate | |
| Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in duplicate | |
| Complaint, with Exhibits A-K, in duplicate | |

*Delete if inappropriate
Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, USM-94
[1] both of which may still be used)          (Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

Name and address of the requesting authority:  Karina J. Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*  LEGAL LANGUAGE SERVICES
_____8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A._____
_____Tel. 1.913.341.3167_____

Particulars of the parties*:
*Identité des parties :*  IN RE
_____PETTERS COMPANY, INC., et al., *Debtors*_____
_____DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*_____
WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*
### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*  To give notice to the Defendant of the commencement of a civil claim against it
_____and to summon it to answer or otherwise respond._____

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*  A civil action has been commenced against the Defendant.

Date and place for entering appearance**:
*Date et lieu de la comparution :*  Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an
_____Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States_____
_____Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A._____
Court which has given judgment**:
*Juridiction qui a rendu la décision :*  N/A

Date of judgment**:
*Date de la décision :*  N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*  Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum
_____P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If_____
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*  N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*  N/A

---

\*  If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
   *Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302

**3**

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

EPSILON GLOBAL ACTIVE VALUE FUND II-G, LTD.
*in care of its registered agent* HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town
Tortola VG1110
BRITISH VIRGIN ISLANDS

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441