UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Petters Company, Inc., et al., | Jointly Administered under |
| | Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc. and
PL Ltd., Inc.,

              Plaintiff,

vs.                                         ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.;
Westford Global Asset Management, Ltd.; Westford
Special Situations Fund, Ltd.; Westford Special
Situations Fund, L.P.; Westford Asset Management,
LLC; Epsilon Global Master Fund, L.P.; Epsilon
Global Active Value Fund, Ltd.; Epsilon Global
Active Value Fund I-B Ltd.; Epsilon Global Active
Value Fund, L.P.; Epsilon Global Master Fund II,
L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1;     **CERTIFICATE OF SERVICE**
Epsilon Global Active Value Fund II, Ltd., f/k/a
Westford Investment Fund Ltd.; Epsilon Global
Active Value Fund II-B Ltd.; Epsilon Global Active
Value Fund II-G Ltd.; Epsilon Global Active Value
Fund II, L.P.; Epsilon Global Active Value Fund II-
B, L.P.; Epsilon Global Active Value Fund II-G, L.P.;
Epsilon Global Asset Management, Ltd.; Epsilon
Investment Management, LLC; Epsilon Global
Master Fund III – Structured Strategies, L.P.; Epsilon
Global Active Value Fund III Ltd.; Capital Strategies
Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran
Stevanovich,

              Defendants.

6307256/1

I, **Peter J Leckey**, an associate of Withers BVI, of Little Denmark, 3rd Floor, PO Box

2424, Road Town, Tortola, British Virgin Islands state that on 14 December 2010 at 11 am, I

served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Epsilon Global Active Value Fund I-B Ltd., c/o HWR Services Limited, Craigmuir Chambers,
P.O. Box 71, Road Town, Tortola, British Virgin Islands.


via Personal Service to the address listed above.

Peter J Leckey
Withers BVI

# LINDQUIST & VENNUM PLLP

Minneapolis • Denver

**Kirstin D. Kanski**
(612) 371-3224
kkanski@lindquist.com
www.lindquist.com

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207

December 9, 2010

**VIA PERSONAL SERVICE**

Epsilon Global Active Value Fund I-B, Ltd.
c/o HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola
British Virgin Islands

Served on: *HWR SERVICES LTD*
At *CRAIGMUIR CHAMBERS*
Date: *14/12/10* Time: *11:00 am*
Received by: *RINA TEKEL*
Job Title: *Team Leader*
Served by: *PETER LECHEY*

Re: **In Re Petters Company, Inc., et al**
**Court File No. 08-45257**

**Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc., and PL Ltd., Inc. v Epsilon Investment Management, LLC et al.**
**Adversary No. 10-04396**

To Whom It May Concern:

Enclosed herein and served upon you, please find the Summons and Complaint in the above-entitled matter.

Also enclosed and served upon you is a Scheduling Order entered by the Bankruptcy Court on September 22, 2010. Please note that the Scheduling Order modifies the time for responding to the Complaint. Pursuant to Paragraph 2(a) of the Scheduling Order, you are not required to answer the Complaint until January 28, 2011.

Sincerely,

LINDQUIST & VENNUM PLLP

Kirstin D. Kanski

KDK:caf
Enclosures

cc:   James A. Lodoen, Esq.

DOCS-#3371285-v1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re   Petters Company, Inc., et al., | Jointly Administered under Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc. and
PL Ltd., Inc.,

                    Plaintiff,

vs.                                                                          ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.;
Westford Global Asset Management, Ltd.; Westford
Special Situations Fund, Ltd.; Westford Special
Situations Fund, L.P.; Westford Asset Management,
LLC; Epsilon Global Master Fund, L.P.; Epsilon
Global Active Value Fund, Ltd.; Epsilon Global
Active Value Fund I-B Ltd.; Epsilon Global Active
Value Fund, L.P.; Epsilon Global Master Fund II,
L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1;          **CERTIFICATE OF SERVICE**
Epsilon Global Active Value Fund II, Ltd., f/k/a
Westford Investment Fund Ltd.; Epsilon Global
Active Value Fund II-B Ltd.; Epsilon Global Active
Value Fund II-G Ltd.; Epsilon Global Active Value
Fund II, L.P.; Epsilon Global Active Value Fund II-
B, L.P.; Epsilon Global Active Value Fund II-G, L.P.;
Epsilon Global Asset Management, Ltd.; Epsilon
Investment Management, LLC; Epsilon Global
Master Fund III – Structured Strategies, L.P.; Epsilon
Global Active Value Fund III Ltd.; Capital Strategies
Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran
Stevanovich,

                    Defendants.

6313160/1

I, **Peter J Leckey**, an associate of Withers BVI, of Little Denmark, 3rd Floor, PO Box

2424, Road Town, Tortola, British Virgin Islands state that on 14 December 2010 at 11 am, I

served the following documents:

1.  Summons;
2.  Complaint; and
3.  Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Epsilon Global Active Value Fund II-G Ltd., c/o HWR Services Limited, Craigmuir Chambers,
P.O. Box 71, Road Town, Tortola, British Virgin Islands.

via Personal Service to the address listed above.

Peter J Leckey
Withers BVI

# LINDQUIST & VENNUM PLLP

Minneapolis • Denver

**Kirstin D. Kanski**
(612) 371-3224
kkanski@lindquist.com
www.lindquist.com

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207

December 9, 2010

**VIA PERSONAL SERVICE**

Served on: _HWR Services Ltd_
At _Craigmuir Chambers_
Date: _14/12/10_  Time: _11:00 am_
Received by: _Riina Tekeli_
Job Title: _Team Leader_
Served by: _Peter Leckey_

Epsilon Global Active Value Fund II-G, Ltd.
c/o HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola
British Virgin Islands

Re: **In Re Petters Company, Inc., et al**
    **Court File No. 08-45257**

   **Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of
   Debtors Petters Company, Inc., and PL Ltd., Inc. v Epsilon Investment Management,
   LLC et al.**
   **Adversary No. 10-04396**

To Whom It May Concern:

Enclosed herein and served upon you, please find the Summons and Complaint in the above-entitled matter.

Also enclosed and served upon you is a Scheduling Order entered by the Bankruptcy Court on September 22, 2010. Please note that the Scheduling Order modifies the time for responding to the Complaint. Pursuant to Paragraph 2(a) of the Scheduling Order, you are not required to answer the Complaint until January 28, 2011.

Sincerely,

LINDQUIST & VENNUM PLLP

Kirstin D. Kanski

KDK:caf
Enclosures

cc:   James A. Lodoen, Esq.

DOCS-#3371285-v1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Petters Company, Inc., et al.,<br><br>      **Debtors.**<br>  (includes:<br>  Petters Group Worldwide, LLC;<br>  PC Funding, LLC;<br>  Thousand Lakes, LLC;<br>  SPF Funding, LLC;<br>  PL Ltd., Inc.;<br>  Edge One LLC;<br>  MGC Finance, Inc.;<br>  PAC Funding, LLC;<br>  Palm Beach Finance Holdings, Inc.) | Jointly Administered under<br>Case No. 08-45257<br>Court File Nos.:<br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br>Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc. and
PL Ltd., Inc.,

      Plaintiff,

vs.

            ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.;
Westford Global Asset Management, Ltd.; Westford
Special Situations Fund, Ltd.; Westford Special
Situations Fund, L.P.; Westford Asset Management,
LLC; Epsilon Global Master Fund, L.P.; Epsilon
Global Active Value Fund, Ltd.; Epsilon Global
Active Value Fund I-B Ltd.; Epsilon Global Active
Value Fund, L.P.; Epsilon Global Master Fund II,
L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1;     **CERTIFICATE OF SERVICE**
Epsilon Global Active Value Fund II, Ltd., f/k/a
Westford Investment Fund Ltd.; Epsilon Global
Active Value Fund II-B Ltd.; Epsilon Global Active
Value Fund II-G Ltd.; Epsilon Global Active Value
Fund II, L.P.; Epsilon Global Active Value Fund II-
B, L.P.; Epsilon Global Active Value Fund II-G, L.P.;
Epsilon Global Asset Management, Ltd.; Epsilon
Global Investment Management, LLC; Epsilon Global
Master Fund III – Structured Strategies, L.P.; Epsilon
Global Active Value Fund III Ltd.; Capital Strategies
Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran
Stevanovich,

      Defendants.

I, **Peter J Leckey**, an associate of Withers BVI, of Little Denmark, 3rd Floor, PO Box 2424, Road Town, Tortola, British Virgin Islands state that on 14 December 2010 at 11 am, I served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Epsilon Global Active Value Fund II-B Ltd., c/o HWR Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands.


via Personal Service to the address listed above.

**Peter J Leckey**
**Withers BVI**

# LINDQUIST & VENNUM PLLP

**Kirstin D. Kanski**
(612) 371-3224
kkanski@lindquist.com
www.lindquist.com

Minneapolis • Denver

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207

December 9, 2010

## VIA PERSONAL SERVICE

Epsilon Global Active Value Fund II-B, Ltd.
c/o HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola
British Virgin Islands

*[Handwritten stamp block:]*
Served on: HWR SERVICES LTD
At: CRAIGMUIR CHAMBERS
Date: 19/12/10 Time: 11:00 am
Received by: RIINA TEKELI
Job Title: Team Leader
Served by: PETER LECHEY

**Re: In Re Petters Company, Inc., et al**
**Court File No. 08-45257**

**Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc., and PL Ltd., Inc. v Epsilon Investment Management, LLC et al.**
**Adversary No. 10-04396**

To Whom It May Concern:

Enclosed herein and served upon you, please find the Summons and Complaint in the above-entitled matter.

Also enclosed and served upon you is a Scheduling Order entered by the Bankruptcy Court on September 22, 2010. Please note that the Scheduling Order modifies the time for responding to the Complaint. Pursuant to Paragraph 2(a) of the Scheduling Order, you are not required to answer the Complaint until January 28, 2011.

Sincerely,

LINDQUIST & VENNUM PLLP

Kirstin D. Kanski

KDK:caf
Enclosures

cc: James A. Lodoen, Esq.

DOCS-#3371285-v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re  Petters Company, Inc., et al., | Jointly Administered under |
| | Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc. and
PL Ltd., Inc.,

                    Plaintiff,

vs.                                                     ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.;
Westford Global Asset Management, Ltd.; Westford
Special Situations Fund, Ltd.; Westford Special
Situations Fund, L.P.; Westford Asset Management,
LLC; Epsilon Global Master Fund, L.P.; Epsilon
Global Active Value Fund, Ltd.; Epsilon Global
Active Value Fund I-B Ltd.; Epsilon Global Active
Value Fund, L.P.; Epsilon Global Master Fund II,
L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1;       **CERTIFICATE OF SERVICE**
Epsilon Global Active Value Fund II, Ltd., f/k/a
Westford Investment Fund Ltd.; Epsilon Global
Active Value Fund II-B Ltd.; Epsilon Global Active
Value Fund II-G Ltd.; Epsilon Global Active Value
Fund II, L.P.; Epsilon Global Active Value Fund II-
B, L.P.; Epsilon Global Active Value Fund II-G, L.P.;
Epsilon Global Asset Management, Ltd.; Epsilon
Investment Management, LLC; Epsilon Global
Master Fund III – Structured Strategies, L.P.; Epsilon
Global Active Value Fund III Ltd.; Capital Strategies
Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran
Stevanovich,

                    Defendants.

6313306/1

I, **Peter J Leckey**, an associate of Withers BVI, of Little Denmark, 3rd Floor, PO Box 2424, Road Town, Tortola, British Virgin Islands state that on 14 December 2010 at 11 am, I served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Epsilon Global Active Value Fund, Ltd., c/o HWR Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands.

via Personal Service to the address listed above.

**Peter J Leckey**
**Withers BVI**

# LINDQUIST & VENNUM PLLP

Minneapolis • Denver

**Kirstin D. Kanski**
(612) 371-3224
kkanski@lindquist.com
www.lindquist.com

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207

December 9, 2010

**VIA PERSONAL SERVICE**

Epsilon Global Active Value Fund, Ltd.
c/o HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola
British Virgin Islands

Served on: *HWR SERVICES LTD*
At *CRAIGMUIR CHAMBERS*
Date: *14/12/10* Time: *11:00 am*
Received by: *RIINA TEKEL*
Job Title: *Team Leader*
Served by: *PETER LECHEY*

Re: **In Re Petters Company, Inc., et al**
**Court File No. 08-45257**

**Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc., and PL Ltd., Inc. v Epsilon Investment Management, LLC et al.**
**Adversary No. 10-04396**

To Whom It May Concern:

Enclosed herein and served upon you, please find the Summons and Complaint in the above-entitled matter.

Also enclosed and served upon you is a Scheduling Order entered by the Bankruptcy Court on September 22, 2010.  Please note that the Scheduling Order modifies the time for responding to the Complaint.  Pursuant to Paragraph 2(a) of the Scheduling Order, you are not required to answer the Complaint until January 28, 2011.

Sincerely,

LINDQUIST & VENNUM PLLP

Kirstin D. Kanski

KDK:caf
Enclosures

cc:   James A. Lodoen, Esq.

DOCS-#3371285-v1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re   Petters Company, Inc., et al., | Jointly Administered under |
| | Case No. 08-45257 |
| **Debtors.** | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

| | |
|---|---|
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc., | |
| Plaintiff, | |
| vs. | ADV. NO. 10-04396 |
| Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active Value Fund II-G, L.P.; Epsilon Global Asset Management, Ltd.; Epsilon Investment Management, LLC; Epsilon Global Master Fund III – Structured Strategies, L.P.; Epsilon Global Active Value Fund III Ltd.; Capital Strategies Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran Stevanovich, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

6313123/1

I, **Peter J Leckey**, an associate of Withers BVI, of Little Denmark, 3rd Floor, PO Box 2424, Road Town, Tortola, British Virgin Islands state that on 14 December 2010 at 11 am, I served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Stafford Towne, Ltd., c/o HWR Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands.

via Personal Service to the address listed above.

Peter J Leckey
Withers BVI

# LINDQUIST & VENNUM PLLP

Minneapolis • Denver

**Kirstin D. Kanski**
(612) 371-3224
kkanski@lindquist.com
www.lindquist.com

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207

December 9, 2010

**VIA PERSONAL SERVICE**

Stafford Towne, Ltd.
c/o HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola
British Virgin Islands

> Served on: *HWR SERVICES LTD*
> At *CRAIGMUIR CHAMBERS*
> Date: *19/12/10* Time: *11:00 am*
> Received by: *RIINA TEKEL)*
> Job Title: *Team Leader*
> Served by: *PETER LECKEY*

**Re:** In Re Petters Company, Inc., et al
Court File No. 08-45257

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc., and PL Ltd., Inc. v Epsilon Investment Management,
LLC et al.
Adversary No. 10-04396

To Whom It May Concern:

Enclosed herein and served upon you, please find the Summons and Complaint in the above-entitled matter.

Also enclosed and served upon you is a Scheduling Order entered by the Bankruptcy Court on September 22, 2010. Please note that the Scheduling Order modifies the time for responding to the Complaint. Pursuant to Paragraph 2(a) of the Scheduling Order, you are not required to answer the Complaint until January 28, 2011.

Sincerely,

LINDQUIST & VENNUM PLLP

Kirstin D. Kanski

KDK:caf
Enclosures
cc: James A. Lodoen, Esq.

DOCS-#3371285-v1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re   Petters Company, Inc., et al.,<br><br>                            Debtors.<br>(includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Jointly Administered under<br>Case No. 08-45257<br>Court File Nos.:<br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br>Chapter 11 Cases |

| | |
|---|---|
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,<br><br>                         Plaintiff,<br>vs.<br><br>Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active Value Fund II-G, L.P.; Epsilon Global Asset Management, Ltd.; Epsilon Investment Management, LLC; Epsilon Global Master Fund III – Structured Strategies, L.P.; Epsilon Global Active Value Fund III Ltd.; Capital Strategies Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran Stevanovich,<br><br>                         Defendants. | ADV. NO. 10-04396<br><br><br><br>**CERTIFICATE OF SERVICE** |

6313285/1

I, **Peter J Leckey**, an associate of Withers BVI, of Little Denmark, 3rd Floor, PO Box 2424, Road Town, Tortola, British Virgin Islands state that on 14 December 2010 at 11 am, I served the following documents:

1.    Summons;
2.    Complaint; and
3.    Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Westford Special Situations Fund, Ltd., c/o HWR Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands.


via Personal Service to the address listed above.

Peter J Leckey
Withers BVI

# LINDQUIST&VENNUM PLLP

Kirstin D. Kanski
(612) 371-3224
kkanski@lindquist.com
www.lindquist.com

Minneapolis • Denver

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207

December 9, 2010

**VIA PERSONAL SERVICE**

Westford Special Situations Fund Ltd.
c/o HWR Services Limited
Craigmuir Chambers
P.O. Box 71
Road Town, Tortola
British Virgin Islands

*[Handwritten service stamp:]*
Served on: HWR SERVICES LTD
At: CRAIGMUIR CHAMBERS
Date: 17/12/10  Time: 11:00 am
Received by: RIINA TEKELI
Job Title: Team Leader
Served by: PETER LECKEY

**Re: In Re Petters Company, Inc., et al**
**Court File No. 08-45257**

**Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc., and PL Ltd., Inc. v Epsilon Investment Management, LLC et al.**
**Adversary No. 10-04396**

To Whom It May Concern:

Enclosed herein and served upon you, please find the Summons and Complaint in the above-entitled matter.

Also enclosed and served upon you is a Scheduling Order entered by the Bankruptcy Court on September 22, 2010.  Please note that the Scheduling Order modifies the time for responding to the Complaint.  Pursuant to Paragraph 2(a) of the Scheduling Order, you are not required to answer the Complaint until January 28, 2011.

Sincerely,

LINDQUIST & VENNUM PLLP

Kirstin D. Kanski

KDK:caf
Enclosures

cc:   James A. Lodoen, Esq.

| | |
|---|---|
| In re   Petters Company, Inc., et al.,<br><br>                 Debtors.<br><br>(includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Jointly Administered under<br>Case No. 08-45257<br>Court File Nos.:<br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br>Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc. and
PL Ltd., Inc.,

               Plaintiff,

vs.

                                     ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.;
Westford Global Asset Management, Ltd.; Westford
Special Situations Fund, Ltd.; Westford Special
Situations Fund, L.P.; Westford Asset Management,
LLC; Epsilon Global Master Fund, L.P.; Epsilon
Global Active Value Fund, Ltd.; Epsilon Global
Active Value Fund I-B Ltd.; Epsilon Global Active
Value Fund, L.P.; Epsilon Global Master Fund II,
L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1;
Epsilon Global Active Value Fund II, Ltd., f/k/a
Westford Investment Fund Ltd.; Epsilon Global
Active Value Fund II-B Ltd.; Epsilon Global Active
Value Fund II-G Ltd.; Epsilon Global Active Value
Fund II, L.P.; Epsilon Global Active Value Fund II-
B, L.P.; Epsilon Global Active Value Fund II-G, L.P.;
Epsilon Global Asset Management, Ltd.; Epsilon
Investment Management, LLC; Epsilon Global
Master Fund III – Structured Strategies, L.P.; Epsilon
Global Active Value Fund III Ltd.; Capital Strategies
Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran
Stevanovich,

               Defendants.

                                 **CERTIFICATE OF SERVICE**

6313311/1

I, **Peter J Leckey**, an associate of Withers BVI, of Little Denmark, 3rd Floor, PO Box 2424, Road Town, Tortola, British Virgin Islands state that on 15 December 2010 at 4.15 pm, I served the following documents:

1.  Summons;
2.  Complaint; and
3.  Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Epsilon Global Active Value Fund II Ltd., f/k/a Westford Investment Fund Ltd c/o Ogier Fiduciary Services (BVI) Limited, Nemours Chambers, P.O. Box 3170, Road Town, Tortola, British Virgin Islands.

via Personal Service to the address listed above.

**Peter J Leckey**
**Withers BVI**

# LINDQUIST&VENNUM

PLLP

Minneapolis • Denver

**Kirstin D. Kanski**
(612) 371-3224
kkanski@lindquist.com
www.lindquist.com

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Phone: (612) 371-3211
Fax: (612) 371-3207

December 9, 2010

**VIA PERSONAL SERVICE**

Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd.
c/o HWR Services Limited          *c/o Ogier Fiduciary Services (BVI) Limited*
Craigmuir Chambers                *Nemours Chambers, Qrwomar Complex 4/F*
P.O. Box 71                       *PO Box 3170*
Road Town, Tortola               *Road Town, Tortola*
British Virgin Islands           *British Virgin Islands*

Re:  In Re Petters Company, Inc., et al
     Court File No. 08-45257

     Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of
     Debtors Petters Company, Inc., and PL Ltd., Inc. v Epsilon Investment Management,
     LLC et al.
     Adversary No. 10-04396

To Whom It May Concern:

Enclosed herein and served upon you, please find the Summons and Complaint in the above-
entitled matter.

Also enclosed and served upon you is a Scheduling Order entered by the Bankruptcy Court on
September 22, 2010.  Please note that the Scheduling Order modifies the time for responding to
the Complaint.  Pursuant to Paragraph 2(a) of the Scheduling Order, you are not required to
answer the Complaint until January 28, 2011.

Sincerely,

LINDQUIST & VENNUM PLLP

Kirstin D. Kanski

KDK:caf
Enclosures

cc:   James A. Lodoen, Esq.

Served on: *OGIER FIDUCIARY SERVICES (BVI) LTD*
At *NEMOURS CHAMBERS*
Date: *15/12/10*  Time: *16:15*
Received by: *RAY NG*
Job Title: *ADVOCATE*
Served by: *PETER LECKEY*

DOCS-#3371285-v1