## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re  Petters Company, Inc., et al., | **Jointly Administered under Case No. 08-45257** |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

| | |
|---|---|
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc., | |
| Plaintiff, | |
| vs. | ADV. NO. 10-04396 |
| Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active Value Fund II-G, L.P.; Epsilon Global Asset Management, Ltd.; Epsilon Investment Management, LLC; Epsilon Global Master Fund III – Structured Strategies, L.P.; Epsilon Global Active Value Fund III Ltd.; Capital Strategies Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran Stevanovich, | **NOTICE OF REMOVAL AND ADDITIONAL ADDRESS** |
| Defendants. | |

Please take notice of the removal of and additional address as follows:

| **REMOVE** | **ADD** |
|---|---|
| Epsilon Global Active Value Fund II, Ltd. f/k/a Westford Investment Fund Ltd. c/o HWR Services Limited Craigmuir Chambers P.O. Box 71 Road Town, Tortola British Virgin Islands | Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd. c/o Ogier Fiduciary Services (BVI) Limited Nemours Chambers, Qwomar Complex, 4th Floor P.O. Box 3170 Road Town, Tortola British Virgin Islands |

DATED: February 18, 2011

LINDQUIST & VENNUM P.L.L.P.

By: /s/ Mark D. Larsen
    Daryle L. Uphoff (0111831)
    Mark D. Larsen (318498)
    James A. Lodoen (173605)
    Kirstin D. Kanski (0346676)
    Adam C. Ballinger (0389058)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
www.lindquist.com

**ATTORNEYS FOR DOUGLAS A. KELLEY CHAPTER 11 TRUSTEE OF PETTERS COMPANY, INC., MGC FINANCE, INC. AND PL LTD., INC.**