

Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

F.P. # 116/2010

# AFFIDAVIT OF SERVICE

I, Velma Powery-Hewitt of George Town, Grand Cayman, affirm and say as follows:

1. I am the Bailiff of the Grand Court of the Cayman Islands.

2. On Wed the __17th__ of __November__ 2010, at __12:10__ hrs. I served

   the following documents, namely:

   _____

   _____

   _____

   _____

   EPSILON GLOBAL MASTER FUND, LP
   On the registered office of _____
   Located at MAPLES, UGLAND HOUSE, GRAND CAYMAN, CAYMAN ISLANDS

   JAYNE BAXTER, LEGAL SECRETARY, AUTHORISED TO ACCEPT
   By handing the said documents to _____
   MAPLES, UGLAND HOUSE, GRAND CAYMAN, CAYMAN ISLANDS
   At _____

3. The above statements made by me are true and correct.

   _____
   BAILIFF OF THE GRAND COURT

Affirm to before me on __Monday__ the __22nd__ day of __November__ 2010.

   _____
   NOTARY PUBLIC GEORGE TOWN
   GRAND CAYMAN, CAYMAN ISLANDS

# CERTIFICATE OF NOTARY

I, VALDIS FOLDATS, CLERK OF THE COURTS OF THE CAYMAN ISLANDS DO HEREBY CERTIFY THAT DELENE CACHO NOTARY PUBLIC, is validly appointed and remains a Notary Public under the Notaries Public Law.1982 (2006 Revision).

HER License expires 31st January, 2011

Dated this 25th day of November 2010

_____
CLERK/DEPUTY CLERK OF COURTS
FOR THE CAYMAN ISLANDS

F-p. 116/10

Case No.: 08-45257
Adv. No.: 10-04396

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### *DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE CAYMAN ISLANDS<br>Courthouse<br>Clerk of the Courts<br>Georgetown<br>Grand Cayman<br>CAYMAN ISLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*  EPSILON GLOBAL MASTER FUND L.P. in care of its registered agent Maples and Calder
    PO Box 309, Ugland House, South Church Street, George Town, Grand Cayman KY1-1104
    CAYMAN ISLANDS

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*  Personal (in-hand) service by a Judicial Officer in accordance with your internal law for service of documents upon persons or entities in your territory.
    Check for services of Judicial Officer attached.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
    *(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A., the 1 Nov 2010 |
| "Summary," in duplicate | Fait à _____, le _____ |
| "Notice," in duplicate | Signature and/or stamp. |
| Letter Dated October 27, 2010, in duplicate | *Signature et/ou cachet.* |
| Summons, in duplicate | |
| Scheduling Order Re: Certain Proceedings in Chapter 11 Cases, in duplicate | *[signature: Karina Shreefer]* |
| Complaint, with Exhibits A-K, in duplicate | |

*Delete if inappropriate
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* __Wednesday November 17th 2010__
- at (place, street, number)
- *à (localité, rue numéro)* __Epsilon Global @ Maples, Ugland House, South Church Street, Grand Cayman__
- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

    ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes légales (article 5, alinéa premier, lettre a).*

    ☐ (b) in accordance with the following particular method*:
      *b) selon la forme particulière suivante :* _____

    ☒ (c) by delivery to the addressee, who accepted it voluntarily. *
      *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* __Jayme Baxter__

- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* __Maples Ugland House, South Ch Street, Grand Cayman, Cayman Islands__

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Pièces renvoyées:*

Done at __Grand Cayman, Cayman Islands__, the __23 Nov 2010__
*Fait à* _____, *le* _____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:* __See List__

Signature and/or stamp.
*Signature et/ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties\*:**
*Identité des parties :* IN RE
PETTERS COMPANY, INC., et al., *Debtors*
DOUGLAS A. KELLY, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, et al., *Plaintiff*
WESTFORD SPECIAL SITUATIONS MASTER FUND, L.P., et al., *Defendants*

## JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :* Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court, United States Bankruptcy Court, District of Minnesota, located at: 301 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, U.S.A.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment\*\*:**
*Date de la décision :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* Defendant is summoned and required to serve upon the Plaintiff's Attorney (Lindquist & Vennum P.L.L.P.) an Answer to the Complaint by January 28, 2011 (per Scheduling Order), and to file the Answer with the Clerk of the Court. If Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.

## EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

EPSILON GLOBAL MASTER FUND L.P.
*in care of its registered agent* Maples and Calder
PO Box 309
Ugland House
South Church Street
George Town
Grand Cayman KY1-1104
CAYMAN ISLANDS

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Mid Minnesota Legal Assistance
430 1st Avenue North, Suite 300
Minneapolis, Minnesota 55401
U.S.A.
Tel. 1.612.332.1441