UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re   Petters Company, Inc., et al., | Jointly Administered under Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc. and
PL Ltd., Inc.,

     Plaintiff,

vs.

ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.;
Westford Global Asset Management, Ltd.; Westford
Special Situations Fund, Ltd.; Westford Special
Situations Fund, L.P.; Westford Asset Management,
LLC; Epsilon Global Master Fund, L.P.; Epsilon
Global Active Value Fund, Ltd.; Epsilon Global
Active Value Fund I-B Ltd.; Epsilon Global Active
Value Fund, L.P.; Epsilon Global Master Fund II,
L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1;   **CERTIFICATE OF SERVICE**
Epsilon Global Active Value Fund II, Ltd., f/k/a
Westford Investment Fund Ltd.; Epsilon Global
Active Value Fund II-B Ltd.; Epsilon Global Active
Value Fund II-G Ltd.; Epsilon Global Active Value
Fund II, L.P.; Epsilon Global Active Value Fund II-
B, L.P.; Epsilon Global Active Value Fund II-G, L.P.;
Epsilon Global Asset Management, Ltd.; Epsilon
Investment Management, LLC; Epsilon Global
Master Fund III – Structured Strategies, L.P.; Epsilon
Global Active Value Fund III Ltd.; Capital Strategies
Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran
Stevanovich,

     Defendants.

DOCS-#3372848-v1

ALLAIN FORGET, of George Town, Grand Cayman, Cayman Islands, states that on December, 21st 2010, I served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Westford Special Situations Master Fund, L.P.
c/o Maples and Calder
PO Box 309, Ugland House
South Church Street, George Town
Grand Cayman, KY1-1104
Cayman Islands

via Personal Service and by hand to the address listed above.

_____
ALLAIN FORGET

18 February 2011
_____
DATE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re   Petters Company, Inc., et al., | Jointly Administered under Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,

           Plaintiff,

vs.

ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active Value Fund II-G, L.P.; Epsilon Global Asset Management, Ltd.; Epsilon Investment Management, LLC; Epsilon Global Master Fund III – Structured Strategies, L.P.; Epsilon Global Active Value Fund III Ltd.; Capital Strategies Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran Stevanovich,

           Defendants.

**CERTIFICATE OF SERVICE**

**ALLAIN FORGET**, of George Town, Grand Cayman, Cayman Islands, states that on December, 21st 2010, I served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Epsilon Global Asset Management, Ltd.
c/o Maples and Calder
PO Box 309, Ugland House
South Church Street, George Town
Grand Cayman, KY1-1104
Cayman Islands


via Personal Service and by hand to the address listed above.

_____
**ALLAIN FORGET**

18 February 2011
**DATE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re   Petters Company, Inc., et al., | Jointly Administered under Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,

     Plaintiff,

vs.

Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., f/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active Value Fund II-G, L.P.; Epsilon Global Asset Management, Ltd.; Epsilon Investment Management, LLC; Epsilon Global Master Fund III – Structured Strategies, L.P.; Epsilon Global Active Value Fund III Ltd.; Capital Strategies Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran Stevanovich,

     Defendants.

ADV. NO. 10-04396

**CERTIFICATE OF SERVICE**

DOCS-#3372848-v1

ALLAIN FORGET, of George Town, Grand Cayman, Cayman Islands, states that on December, 21st 2010, I served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Westford Global Asset Management, Ltd
c/o Maples and Calder
PO Box 309, Ugland House
South Church Street, George Town
Grand Cayman, KY1-1104
Cayman Islands

via Personal Service and by hand to the address listed above.

_____
**ALLAIN FORGET**

_18 February 2011_____
**DATE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Petters Company, Inc., et al., | Jointly Administered under Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | 08-45258 (GFK) |
| Petters Group Worldwide, LLC; | 08-45326 (GFK) |
| PC Funding, LLC; | 08-45327 (GFK) |
| Thousand Lakes, LLC; | 08-45328 (GFK) |
| SPF Funding, LLC; | 08-45329 (GFK) |
| PL Ltd., Inc.; | 08-45330 (GFK) |
| Edge One LLC; | 08-45331 (GFK) |
| MGC Finance, Inc.; | 08-45371 (GFK) |
| PAC Funding, LLC; | 08-45392 (GFK) |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc. and
PL Ltd., Inc.,

     Plaintiff,

vs.               ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.;
Westford Global Asset Management, Ltd.; Westford
Special Situations Fund, Ltd.; Westford Special
Situations Fund, L.P.; Westford Asset Management,
LLC; Epsilon Global Master Fund, L.P.; Epsilon
Global Active Value Fund, Ltd.; Epsilon Global
Active Value Fund I-B Ltd.; Epsilon Global Active
Value Fund, L.P.; Epsilon Global Master Fund II,
L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1;  **CERTIFICATE OF SERVICE**
Epsilon Global Active Value Fund II, Ltd., f/k/a
Westford Investment Fund Ltd.; Epsilon Global
Active Value Fund II-B Ltd.; Epsilon Global Active
Value Fund II-G Ltd.; Epsilon Global Active Value
Fund II, L.P.; Epsilon Global Active Value Fund II-
B, L.P.; Epsilon Global Active Value Fund II-G, L.P.;
Epsilon Global Asset Management, Ltd.; Epsilon
Investment Management, LLC; Epsilon Global
Master Fund III – Structured Strategies, L.P.; Epsilon
Global Active Value Fund III Ltd.; Capital Strategies
Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran
Stevanovich,

     Defendants.

DOCS-#3372848-v1

**ALLAIN FORGET**, of George Town, Grand Cayman, Cayman Islands, states that on December, 21st 2010, I served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Epsilon Global Master Fund II, L.P., a/k/a Epsilon Global Master Fund II, L.P., Sub 1
c/o Maples and Calder
PO Box 309, Ugland House
South Church Street, George Town
Grand Cayman, KY1-1104
Cayman Islands

via Personal Service and by hand to the address listed above.

_____
**ALLAIN FORGET**

_18 February 2011_____
**DATE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Petters Company, Inc., et al., | Jointly Administered under Case No. 08-45257 |
| Debtors. | Court File Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtors Petters Company, Inc. and
PL Ltd., Inc.,

              Plaintiff,

vs.                                            ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.;
Westford Global Asset Management, Ltd.; Westford
Special Situations Fund, Ltd.; Westford Special
Situations Fund, L.P.; Westford Asset Management,
LLC; Epsilon Global Master Fund, L.P.; Epsilon
Global Active Value Fund, Ltd.; Epsilon Global
Active Value Fund I-B Ltd.; Epsilon Global Active
Value Fund, L.P.; Epsilon Global Master Fund II,
L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1;     **CERTIFICATE OF SERVICE**
Epsilon Global Active Value Fund II, Ltd., f/k/a
Westford Investment Fund Ltd.; Epsilon Global
Active Value Fund II-B Ltd.; Epsilon Global Active
Value Fund II-G Ltd.; Epsilon Global Active Value
Fund II, L.P.; Epsilon Global Active Value Fund II-
B, L.P.; Epsilon Global Active Value Fund II-G, L.P.;
Epsilon Global Asset Management, Ltd.; Epsilon
Investment Management, LLC; Epsilon Global
Master Fund III – Structured Strategies, L.P.; Epsilon
Global Active Value Fund III Ltd.; Capital Strategies
Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran
Stevanovich,

              Defendants.

DOCS-#3372848-v1

**ALLAIN FORGET**, of George Town, Grand Cayman, Cayman Islands, states that on December, 21st 2010, I served the following documents:

1. Summons;
2. Complaint; and
3. Scheduling Order Re: Certain Proceedings in Chapter 11 Cases

upon:

Epsilon Global Master Fund L.P.
c/o Maples and Calder
PO Box 309, Ugland House
South Church Street, George Town
Grand Cayman, KY1-1104
Cayman Islands

via Personal Service and by hand to the address listed above.

_____
**ALLAIN FORGET**

_18 February 2011_
**DATE**

2