## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 08-45257 |
| Petters Company, Inc., et al., <br> Debtors. | Court File No. 08-45257 |
| (includes: <br> Petters Group Worldwide, LLC; <br> PC Funding, LLC; <br> Thousand Lakes, LLC; <br> SPF Funding, LLC; <br> PL Ltd., Inc.; <br> Edge One LLC; <br> MGC Finance, Inc.; <br> PAC Funding, LLC; <br> Palm Beach Finance Holdings, Inc.) | Court Files Nos.: <br> 08-45258 (GFK) <br> 08-45326 (GFK) <br> 08-45327 (GFK) <br> 08-45328 (GFK) <br> 08-45329 (GFK) <br> 08-45330 (GFK) <br> 08-45331 (GFK) <br> 08-45371 (GFK) <br> 08-45392 (GFK) |
| | Chapter 11 Cases <br> Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc., <br> Plaintiff, <br> vs. | ADV. NO. 10-04396 |
| Westford Special Situations Master Fund, L.P.; et al., <br> Defendants. | **Jury Trial Demanded** |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1, Defendants Westford Global Asset Management Ltd.; Westford Special Situations Fund Ltd.; Westford Asset Management, LLC; Epsilon Global Active Value Fund Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Asset Management Ltd.; Epsilon

Investment Management, LLC; Epsilon Global Active Value Fund III Ltd.; and Stafford Towne Ltd. (collectively, the "Epsilon/Westford Corporation Defendants"), by and through their undersigned counsel, hereby certify:

<u>Westford Global Asset Management Ltd.</u>: TGG Capital Ltd. is the only corporation that directly or indirectly owns ten percent (10%) or more of any class of Westford Global Asset Management Ltd.'s equity interests.

<u>Westford Special Situations Fund Ltd.</u>: There is no corporation that directly or indirectly owns ten percent (10%) or more of any class of Westford Special Situations Fund Ltd.'s equity interests.

<u>Westford Asset Management, LLC</u>: There is no corporation that directly or indirectly owns ten percent (10%) or more of any class of Westford Asset Management, LLC's equity interests.

<u>Epsilon Global Active Value Fund Ltd.</u>: Paragon Management Ltd. is the only corporation that directly or indirectly owns ten percent (10%) or more of any class of Epsilon Global Active Value Fund Ltd.'s equity interests.

<u>Epsilon Global Active Value Fund I-B Ltd.</u>: There is no corporation that directly or indirectly owns ten percent (10%) or more of any class of Epsilon Global Active Value Fund I-B Ltd.'s equity interests.

<u>Epsilon Global Active Value Fund II-B Ltd.</u>: There is no corporation that directly or indirectly owns ten percent (10%) or more of any class of Epsilon Global Active Value Fund II-B Ltd.'s equity interests.

Epsilon Global Asset Management Ltd.: TGG Capital Ltd. is the only corporation that directly or indirectly owns ten percent (10%) or more of any class of Epsilon Global Asset Management Ltd.'s equity interests.

Epsilon Investment Management, LLC: There is no corporation that directly or indirectly owns ten percent (10%) or more of any class of Epsilon Investment Management, LLC's equity interests.

Epsilon Global Active Value Fund III Ltd.: Westford Special Situations Fund II Ltd. is the only corporation that directly or indirectly owns ten percent (10%) or more of any class of Epsilon Global Active Value Fund III Ltd.'s equity interests.

Stafford Towne Ltd.: There is no corporation that directly or indirectly owns ten percent (10%) or more of any class of Stafford Towne Ltd.'s equity interests.

Dated: February 21, 2011  Respectfully submitted,

/e/ Robert T. Kugler
Robert T. Kugler
robert.kugler@leonard.com
LEONARD STREET & DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1645
Facsimile: (612) 335-1657

Daniel E. Reidy
Theodore T. Chung
Tara A. Fumerton
dereidy@jonesday.com
ttchung@jonesday.com
tfumerton@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Tobias S. Keller
David C. Kiernan
tkeller@jonesday.com
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94101
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Counsel for the
Epsilon/Westford Corporation Defendants*