# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 08-45257 |
| Petters Company, Inc., et al.,<br>　　　　Debtors. | Court File No. 08-45257 |
| (includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Court Files Nos.:<br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br><br>Chapter 11 Cases<br>Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,<br>　　　　Plaintiff,<br>vs.<br>Westford Special Situations Master Fund, L.P.; et al.,<br>　　　　Defendants. | ADV. NO. 10-04396 |

### STATEMENT OF CORPORATE OWNERSHIP OF
### DEFENDANT EPSILON GLOBAL ACTIVE VALUE FUND II, LTD.

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Defendant Epsilon Global Active Value Fund II, Ltd. ("Epsilon II Feeder Fund"), by and through its undersigned counsel, hereby certifies:

1. There is no corporation that directly or indirectly owns ten percent (10%) or more of any class of Epsilon II Feeder Fund's equity interests.

Dated: February 28, 2011

BRIGGS & MORGAN, P.A.

By: */e/ Richard D. Anderson*
  Richard D. Anderson (#2306)
  Marcus A. Ploeger (#0390172)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-9400
Fax: (612) 977-8650
Email: randerson@briggs.com


FOSTER PEPPER PLLC

By: */e/ Jack Cullen*
  Jack Cullen (*Pro Hac Vice*)
  Samuel T. Bull (*Pro Hac Vice*)

1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: jc@foster.com

*Counsel to Defendant Epsilon Global Active Value Fund II, Ltd.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., Debtors. | Court File No. 08-45257 |
| (includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Court Files Nos.:<br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK) |
| | Chapter 11 Cases<br>Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,<br>      Plaintiff,<br>vs.<br>Westford Special Situations Master Fund, L.P.; et al.,<br>      Defendants. | ADV. NO. 10-04396 |

## CERTIFICATE OF SERVICE

  I, Marcus A. Ploeger, certify that on February 28, 2011, I caused STATEMENT OF CORPORATE OWNERSHIP OF DEFENDANT EPSILON GLOBAL ACTIVE VALUE FUND II, LTD. to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Richard D Anderson  randerson@briggs.com
- Adam C Ballinger  aballinger@lindquist.com, ddavis@lindquist.com
- Theodore T Chung  ttchung@jonesday.com

- Tara A Fumerton    tfumerton@jonesday.com, daralevinson@jonesday.com
- Kirstin D. Kanski    kkanski@lindquist.com, cfunk@lindquist.com
- Tobias S Keller    tkeller@jonesday.com
- David C Kiernan    dkiernan@jonesday.com
- Robert T. Kugler    robert.kugler@leonard.com, ma.xiong@leonard.com
- Mark D Larsen    mlarsen@lindquist.com, ddaun@lindquist.com
- James A. Lodoen    jlodoen@lindquist.com, gluessenheide@lindquist.com
- Marcus A. Ploeger    mploeger@briggs.com, mjacobson@briggs.com
- Daniel E Reidy    dereidy@jonesday.com, Ma.Xiong@leonard.com
- Jeffrey D. Smith    jsmith@lindquist.com, ddavis@lindquist.com
- Daryle Uphoff    duphoff@lindquist.com

I further certify that I caused a copy of the foregoing documents to be sent via U.S. Mail to the following non-ECF participants:

Capital Strategies Fund Ltd.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Epsilon Global Active Value Fund II, Ltd.,
Nemours Chambers, Qwomar Complex
4th Floor
P.O. Box 3170
Road Town, Tortola,

Epsilon Global Active Value Fund II-G, L.P.
National Registered Agents
160 Greentree Drive
Suite 101
Dover, DE 19904

Epsilon Global Active Value Fund II-G, Ltd.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Epsilon Global Active Value Fund III Ltd.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Epsilon Global Master Fund II, L.P.
PO Box 309, Ugland House
South Church Street

George Town
Grand Cayman, KY1-1104

Epsilon Global Master Fund III - Structured Strategies, L.P.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Epsilon Global Master Fund III - Structured Strategies, L.P.
c/o Steve Goran Stevanovich
7521 Isla Verde Way
Delray Beach, FL 33446

Epsilon Global Master Fund L.P.
PO Box 309, Ugland House
South Church Street
George Town
Grand Cayman, KY1-1104

Epsilon Investment Management, LLC
First Canadian Place
100 King Street West
Suite 5715
Toronto M5X 1 A9, Ontario

Stafford Towne, Ltd.
7280 W. Palmetto Park Road
Boca Raton, FL 33433

Westford Asset Management, LLC
First Canadian Place
100 King Street West
Suite 5715
Toronto M5X 1 A9, Ontario

Westford Special Situations Fund Ltd.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola

Dated: February 28, 2011      /e/ *Marcus A. Ploeger*
    Marcus A. Ploeger
    Briggs and Morgan, P.A.
    80 South 8th Street, Suite 2200
    Minneapolis, MN 55402