# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under**<br>**Case No. 08-45257** |
| Petters Company, Inc., et al.,<br>Debtors. | Court File No. 08-45257 |
| (includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Court Files Nos.:<br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK) |
| | Chapter 11 Cases<br>Judge Gregory F. Kishel |

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,
                            Plaintiff,

vs.                                                    ADV. NO. 10-04396

Westford Special Situations Master Fund, L.P.; et al.,
                            Defendants.

## CERTIFICATE OF SERVICE

I, Anne Sybrandt, certify that on May 4, 2011, I caused the Notice of Appearance and Request for Service of Notices and Papers of Samuel T. Bull to be filed electronically with the Clerk of Court through ECF, and served by automatic email notification to each person or entity

511321221.1

named on the Electronic Mail service list pursuant to the Electronic Case Filing System and this constitutes service or notice pursuant to Local Bankruptcy Rule 9000-1(a).

I further certify that I caused a copy of the foregoing document to be served upon the following persons by placing a true and correct copy thereof in an envelope and arranging for the deposit of same, postage prepaid, via the United States Mail, addressed as follows: N/A

Dated: May 4, 2011	/e/ Anne Sybrandt
Anne Sybrandt
Legal Assistant
Foster Pepper PLLC
1111 3rd Avenue, Suite 3400
Seattle, WA 98101