# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 08-45257 |
| Petters Company, Inc., et al.,<br>Debtors. | Court File No. 08-45257 |
| (includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Court Files Nos.:<br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK) |
| | Chapter 11 Cases<br>Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,<br>Plaintiff,<br>vs.<br>Westford Special Situations Master Fund, L.P.; et al.,<br>Defendants. | ADV. NO. 10-04396 |

## REPLY MEMORANDUM IN SUPPORT OF EPSILON II FEEDER FUND'S MOTION TO DISMISS

Epsilon Global Active Value Fund II, Ltd. ("Epsilon II Feeder Fund") respectfully submits this Reply Memorandum in Support of its Motion to Dismiss.

As it noted in its Motion, Epsilon II Feeder Fund invested exclusively in defendant Epsilon Global Active Value Master Fund II, L.P. The Trustee alleges in the Complaint that Epsilon II Feeder Fund was a feeder fund to defendant Epsilon Global Master Fund II, L.P. Complaint at ¶ 22. In either event, there is no dispute that Epsilon II Feeder Fund invested

1

exclusively with one of the Epsilon Defendants. There are no allegations in the Complaint that Epsilon II Feeder Fund ever received any transfers directly from Petters Company, Inc. ("PCI") or PL Ltd., Inc. ("PL").

The argument advanced by Epsilon II Feeder Fund is a simple one: if the Court grants the Motion to Dismiss filed by the other Epsilon and Westford Defendants, then the claims against Epsilon II Feeder Fund should be dismissed as well. The Trustee asserts Epsilon II Feeder Fund asks this Court to hold that its status as a feeder fund to another defendants provides grounds for dismissal. Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motions to Dismiss at 2 and 20. But that is not the position of Epsilon II Feeder Fund. Rather Epsilon II Feeder Fund contends that because 1) there are no allegations that it received any transfers from PCI or PL, and 2) if it received any transfers indirectly from PCI or PL the monies necessarily came from one of the Epsilon Defendants, then if the Trustee has failed to state a claim against the other Epsilon Defendants he has necessarily failed to state a claim against the Epsilon II Feeder Fund. Consequently, in the event that the Court dismisses the Trustee's claims against the Epsilon Defendants, or even just those claims Epsilon Global Active Value Master Fund II, L.P., it must also dismiss the Trustee's claims against Epsilon II Feeder Fund.

For the foregoing reasons, Epsilon II Feeder Fund respectfully requests that the Court dismiss the claims brought by the Trustee against it in this adversary proceeding.

Dated: May 13, 2011　　　　　　　　　BRIGGS & MORGAN, P.A.

　　　　　　　　　　　　　　　　　　By: _____/e/ Richard D. Anderson_____
　　　　　　　　　　　　　　　　　　　　　Richard D. Anderson (#2306)
　　　　　　　　　　　　　　　　　　　　　Marcus A. Ploeger (#390172)

　　　　　　　　　　　　　　　　　　2200 IDS Center
　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Telephone:　(612) 977-8400
　　　　　　　　　　　　　　　　　　Fax:　　　　(612) 977-8650
　　　　　　　　　　　　　　　　　　Email:　　　randerson@briggs.com

FOSTER PEPPER PLLC

By:      */e/ Christopher M. Alston*
    Christopher M. Alston (*Pro Hac Vice*)
    Samuel T. Bull (*Pro Hac Vice*)

1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
Telephone: (206) 447-4400
Fax: (206) 447-9700
Email: alstc@foster.com

*Counsel to Defendant Epsilon Global Active Value Fund II, Ltd.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al.,<br>　　　　　Debtors. | Court File No. 08-45257 |
| (includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Court Files Nos.:<br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK) |
| | Chapter 11 Cases<br>Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,<br>　　　　　Plaintiff,<br>vs.<br>Westford Special Situations Master Fund, L.P.; et al.,<br>　　　　　Defendants. | ADV. NO. 10-04396 |

## CERTIFICATE OF SERVICE

　　　I, Marcus A. Ploeger, certify that on May 13, 2011, I caused the Reply Memorandum in Support of Epsilon II Feeder Fund's Motion to Dismiss to be electronically filed with the Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to the following per the Court's mailing list provided through ECF:

- Richard D Anderson　　randerson@briggs.com
- Adam C Ballinger　　aballinger@lindquist.com, ddavis@lindquist.com
- Samuel T Bull　　bulls@foster.com
- Theodore T Chung　　ttchung@jonesday.com

- Jack J Cullen    jc@foster.com, RistJ@foster.com
- Tara A Fumerton    tfumerton@jonesday.com, daralevinson@jonesday.com
- Kirstin D. Kanski    kkanski@lindquist.com, cfunk@lindquist.com
- Tobias S Keller    tkeller@jonesday.com
- David C Kiernan    dkiernan@jonesday.com
- Robert T. Kugler    robert.kugler@leonard.com, ma.xiong@leonard.com
- Mark D Larsen    mlarsen@lindquist.com, ddaun@lindquist.com;dhilgers@lindquist.com
- James A. Lodoen    jlodoen@lindquist.com, gluessenheide@lindquist.com
- Marcus A Ploeger    mploeger@briggs.com, mjacobson@briggs.com
- Daniel E Reidy    dereidy@jonesday.com, Ma.Xiong@leonard.com
- Jeffrey D. Smith    jsmith@lindquist.com, ddavis@lindquist.com
- Bradley P Thoreson    thorb@foster.com, boleb@foster.com
- Daryle Uphoff    duphoff@lindquist.com

I further certify that I caused a copy of the foregoing documents to be sent via U.S. Mail to the following non-ECF participants:

Capital Strategies Fund Ltd.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Epsilon Global Active Value Fund II-G, L.P.
National Registered Agents
160 Greentree Drive
Suite 101
Dover, DE 19904

Epsilon Global Active Value Fund II-G, Ltd.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Epsilon Global Active Value Fund III Ltd.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Epsilon Global Master Fund II, L.P.
PO Box 309, Ugland House
South Church Street
George Town
Grand Cayman, KY1-1104

Epsilon Global Master Fund III - Structured Strategies, L.P.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Epsilon Global Master Fund III - Structured Strategies, L.P.
c/o Steve Goran Stevanovich
7521 Isla Verde Way
Delray Beach, FL 33446

Epsilon Global Master Fund L.P.
PO Box 309, Ugland House
South Church Street
George Town
Grand Cayman, KY1-1104

Epsilon Investment Management, LLC
First Canadian Place
100 King Street West
Suite 5715
Toronto M5X 1 A9, Ontario

Stafford Towne, Ltd.
7280 W. Palmetto Park Road
Boca Raton, FL 33433

Westford Asset Management, LLC
First Canadian Place
100 King Street West
Suite 5715
Toronto M5X 1 A9, Ontario

Westford Special Situations Fund Ltd.
HWR Services Limited
Craigmuir Chambers
PO Box 71
Road Town, Tortola,

Dated:  May 13, 2011        /e/ Marcus A. Ploeger
                                 Marcus Ploeger