# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court Files No.'s: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee, | |
| Plaintiff, | |
| v. | Adv. Case Nos. |
| Vlahos, et al.; | 10-04201 |
| Redstone Limited Partnership; | 10-04202 |
| Redstone American Grill, Inc.; | 10-04203 |
| Edgebrook, Inc.; | 10-04204 |
| Aron; | 10-04205 |
| Kanios, et al.; | 10-04206 |
| Hagan; | 10-04207 |
| Lynn Isaac, et al.; | 10-04209 |
| George Isaac, et al.; | 10-04210 |
| Papadimos; | 10-04211 |
| Svigos; | 10-04212 |
| Kenney; | 10-04225 |
| High Plains Investment LLC; | 10-04250 |
| Hauser; | 10-04254 |
| Hayden Fleming, et al.; | 10-04255 |
| Patrick Fleming, et al.; | 10-04257 |
| McCarthy, et al.; | 10-04262 |

| | |
|---|---|
| Allanson; | 10-04263 |
| Brennan; | 10-04264 |
| Kenneth Colvin, et al.; | 10-04266 |
| Electric Motor Supply Co.; | 10-04267 |
| Steve Feneis; | 10-04268 |
| Kabe; | 10-04273 |
| Caruso; | 10-04274 |
| Dan G. Feneis, et al.; | 10-04275 |
| Kuperus; | 10-04277 |
| Kyriakides; | 10-04278 |
| Jane Slobodyanuk; | 10-04280 |
| Slava Slobodyanuk; | 10-04281 |
| Miller Companies, Inc.; | 10-04282 |
| Kerbel, et al.; | 10-04284 |
| Challenge Printing; | 10-04290 |
| Overstock.com; | 10-04292 |
| Alper; | 10-04293 |
| Mansour, et al.; | 10-04296 |
| Opportunity Finance, LLC, et al.; | 10-04301 |
| Larry Colvin, et al.; | 10-04310 |
| Kimberlee Colvin, et al.; | 10-04311 |
| Metro I, LLC, et al.; | 10-04328 |
| Carter; | 10-04337 |
| Engels; | 10-04338 |
| Danko; | 10-04339 |
| McGaunn; | 10-04340 |
| Salmen; | 10-04341 |
| Phelps; | 10-04342 |
| Miller; | 10-04343 |
| Anderson; | 10-04344 |
| Ting; | 10-04345 |
| Riedl; | 10-04346 |
| Mau; | 10-04347 |
| Margolis; | 10-04348 |
| Metro Gem, Inc., et al.; | 10-04352 |
| Thomas Shimoji and Company, Ltd.; | 10-04354 |
| Circle F Ventures, LLC; | 10-04355 |
| Joe; | 10-04358 |
| Tesar; | 10-04359 |
| Dorsey; | 10-04360 |
| O'Brien; | 10-04361 |
| Honig; | 10-04362 |
| Sarenpa; | 10-04363 |
| Pernula; | 10-04366 |
| Schmit; | 10-04367 |
| Opportunity Finance, LLC; | 10-04375 |
| Toshi Investments, Ltd.; | 10-04378 |
| Idlewild Properties, LLC; | 10-04380 |
| Knoblach, et al.; | 10-04382 |

| | |
|---|---|
| Wright; | 10-04385 |
| Schopper; | 10-04391 |
| Monighan; | 10-04395 |
| Westford Special Situations Master Fund, L.P., et al.; | 10-04396 |
| Zhang; | 10-04402 |
| Lagermeier; | 10-04403 |
| Clayton; | 10-04405 |
| Hardy; | 10-04408 |
| Ratliff; | 10-04409 |
| Dunlap; | 10-04410 |
| Morgan; | 10-04415 |
| General Electric Capital Corporation; | 10-04418 |
| Romenesko; | 10-04419 |
| Associated Bank; | 10-04422 |
| Kenneth Johnson; | 10-04423 |
| Hodge; | 10-04425 |
| Lancer Financial Services, LLC, et al.; | 10-04427 |
| Cohen Partnership, et al.; | 10-04431 |
| Ritchie Capital Management, L.L.C., et al.; | 10-04440 |

Defendants.

## CERTIFICATE OF SERVICE

Diane Davis, of the City of Apple Valley, County of Dakota, State of Minnesota, states that on June 13, 2011 she served the following document:

Errata Amendment to Section II.B.1(a) of Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss

upon

| | |
|---|---|
| National City Bank, as Custodian of the Chris M. Kanios 401(k) Savings Plan<br>405 Madison Avenue<br>Toledo, OH 43604 | Chad Clifford<br>c/o Martin J. Mullen<br>Rowe Allen Mullen LLP<br>4274 Executive Square 11th Floor<br>La Jolla, CA 92037 |
| McCord Christensen Holdings, LLC<br>827 S Bridgeway, Suite 110<br>Eagle, ID 83616 | J. Richard Rock<br>1154 Nevada Avenue<br>San Jose, CA 95125-3327 |
| Metro I, LLC<br>c/o Its Registered Agent<br>1220 North Market Street, Suite 804<br>Wilmington, DE 19801 | Metro I, LLC; Metro II, LLC; Arrowhead Capital Management LLC; Arrowhead Capital Management Corp.; Arrowhead Capital Partners, II, L.P.; Arrowhead Capital Corporation; James N. Fry<br>c/o James N. Fry<br>Arrowhead Capital Management<br>601 Carlson Parkway, Suite 1250<br>Minnetonka, MN 55305 |

3

| | |
|---|---|
| Metro II, LLC<br>c/o Its Registered Agent<br>1209 Orange Street<br>Wilmington, DE 19801 | Arrowhead Capital Management, LLC<br>c/o Its Registered Agent;<br>Pali Capital, Inc., operating through its business division Burnham Hill Partners<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| Blue Point Management Ltd., Arrowhead Capital Finance, Ltd.<br>Thistle House<br>4 Burnaby Street<br>Hamilton HM11<br>Bermuda | Arrowhead Capital Finance, Ltd.<br>c/o James N. Lawlor<br>William F. Dahill<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110 |
| Elistone Fund<br>c/o Elise Scherr Frejka<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | James N. Fry<br>1075 Tonkawa Rd.<br>Long Lake, MN 55356 |
| Metro Gem, Inc.; Metro Gem, LLC; Frank E. Vennes, Jr.<br>c/o Frank E. Vennes, Jr.<br>3152 SW Porpoise Circle<br>Stuart, FL 34997-8915 | Epsilon Global Active Value Fund II-G, L.P.<br>National Registered Agents<br>160 Greentree Drive<br>Suite 101<br>Dover, DE 19904 |
| West Landesbank AG<br>c/o Tom McCaffery, Sonja Kardorf, Michael Frank, Branch Heads<br>7 World Trade Center<br>250 W. Greenwich Street<br>New York, NY 10007 | Epsilon Global Master Fund L.P.; Epsilon Global Master Fund II, L.P.<br>Maples and Calder<br>PO Box 309, Ugland House<br>South Church Street<br>George Town<br>Grand Cayman KY1-1104<br>Cayman Islands |
| Westford Special Situations Fund Ltd.; Epsilon Global Active Value Fund II-G, Ltd; Epsilon Global Master Fund III - Structured Strategies, L.P.; Epsilon Global Active Value Fund III Ltd.; Capital Strategies Fund Ltd.<br>HWR Services Limited Craigmuir Chambers<br>PO Box 71<br>Road Town, Tortola<br>British Virgin Islands | Epsilon Investment Management, LLC; Westford Asset Management, LLC<br>First Canadian Place<br>100 King Street West<br>Suite 5715<br>Toronto M5X 1A9 Ontario<br>Canada |
| Epsilon Global Master Fund III - Structured Strategies, L.P.<br>c/o Steve Goran Stevanovich<br>7521 Isla Verde Way<br>Delray Beach, FL 33446 | West LB AG, New York Branch<br>c/o Timothy F. Brown<br>Arent Fox LP<br>1050 Connecticut Ave NW<br>Washington, DC 20036-5339 |

| | |
|---|---|
| Nancy A. Wright<br>10633 Brunswick Circle<br>Bloomington, MN 55438 | Rhone Holdings II, Ltd.<br>c/o Thomas K. Cauley, Bryan Krakauer,<br>Brian McAleenan<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603 |
| Barry Mukamal<br>c/o Michael S. Budwick, Jonathan Feldman,<br>Solomon Genet, Eric Ostroff<br>Meland Russin & Budwick PA<br>200 S. Biscayne Blvd, Ste. 300<br>Miami, FL 33131 | East River Offshore Ltd.<br>c/o Jessica S. Etra, Matthew A. Feldman<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| Geoff Varga<br>c/o Edward J. Estrada<br>Reed Smith LLP<br>599 Lexington Ave., 22nd Floor<br>New York, NY 10022 | Estate of Kenneth R. Cunningham III<br>c/o Mr. Kenneth R. Cunningham, Jr.<br>11 Pinon Woods Drive<br>Sedona, AZ 86351-7918 |
| Greenwich Insurance Company<br>c/o David M. Gische and Marcus B. Holladay<br>Troutman Sanders LLP<br>401 9th Street NW<br>Washington, DC 20004-1234 | EFO Holdings, L.P. & Cypress Financial<br>c/o Lawrence J. Friedman, Michael Gaubert,<br>James Krause, R. Brian Shields<br>Friedman & Feiger LLP<br>5301 Spring Valley Rd, Suite 200<br>Dallas, TX 75254-2488 |
| MIO Partners Inc.<br>c/o Hugh Hill, Robin Keller<br>Hogan Lovellus US LLP<br>875 Third Avenue<br>New York, NY 10022 | Kenneth Johnson<br>c/o Jeffry Henderson, Harris Kay<br>Henderson & Lyman<br>175 West Jackson Blvd, Suite 240<br>Chicago, IL 60604 |
| Douglas A. Kelley<br>Kelley & Wolter PA<br>Centre Village Offices<br>431 South 7th Street, Suite 2530<br>Minneapolis, MN 55415 | Freestone Low Volatility Partners LP<br>c/o Mark R. Jacobs<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569 |
| The Breast Cancer Research Foundation<br>c/o Robert Lemons, Sherri Toub<br>Weil Gotshal & Manges LLP<br>767 5th Avenue<br>New York, NY 10153 | Kelly Collins-Cunningham<br>Trustee of Kenneth R. Cunningham III Trust<br>11 Pinon Woods Drive<br>Sedona, AZ 86351-7918 |
| Issa Moe<br>Moss and Barnett<br>4800 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402 | Chase Bank, Trustee<br>c/o Michael McElwee<br>Varnum LLP<br>Bridgewater Place<br>PO Box 352<br>Grand Rapids MI 49501 |
| Neal Gerber & Eisenberg LLP<br>c/o Thomas C. Wolford<br>Two North LaSalle Street Suite 1700<br>Chicago, IL 60602 | Ark Royal Capital LLC<br>c/o Deborah Perry<br>3800 Lincoln Plaza<br>500 North Akard<br>Dallas TX 75201-3429 |

| | |
|---|---|
| Northwestern Foundation<br>c/o Grover C. Sayre<br>Leonard O'Brien et al<br>100 S. Fifth Street<br>Suite 2500<br>Minneapolis, MN 55402 | Edward Randolph Shaw<br>722 South Sixth Street<br>Brainerd MN 56401 |
| Kevin J Short<br>150 S. 5th St. Ste 3260<br>Minneapolis, MN 55402 | Taunton Ventures LP<br>c/o Paul Taunton<br>9980 Deerbrook Drive<br>Chanhassen, MN 55317 |
| Palm Beach Finance Partners<br>c/o Steven W. Thomas<br>Thomas Alexander & Forrester LLP<br>14 27th Avenue<br>Venice, CA 90291 | Gary Underdahl<br>ASK Financial<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121 |
| Trent Tucker Non-Profit Organization<br>4350 Baker Road<br>Suite 400<br>Minneapolis MN 55343 | Huron Consulting Group, Inc.<br>4795 Paysphere Circle<br>Chicago, IL 60674-4795 |
| Northwater Entities<br>c/o Matthew A. Feldman, Jessica Etra<br>Wilkie Farr & Gallagher, LLP<br>787 7th Avenue<br>New York, NY 10019 | Elite Landings, LLC; Petters Aviation LLC<br>PO Box 16352<br>St. Paul, MN 55116-0352 |
| Randall L. Seaver<br>On behalf of Petters Capital, LLC<br>12400 Portland Avenue South<br>Suite 132<br>Burnsville, MN 55337 | Tobias S. Keller, David C. Kiernan<br>Daniel Reidy<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94101 |
| Daniel E. Reidy<br>Theodore T. Chung<br>Tara A. Fumerton<br>Jones Day<br>77 W Wagner<br>Chicago, IL 60601 | Daniel J. Frisk, Don R. Grande<br>Steven M. Light<br>Grande Frisk & Carter<br>2700 12th Ave. South, Suite 1<br>Fargo, ND 58103 |
| Jonathan S. Feldman<br>Meland Russin & Budwick PA<br>200 S. Biscayne Blvd, Ste 3000<br>Miami, FL 33131 | Robin E. Keller<br>Hogan Lovellus US LLP<br>875 3rd Avenue<br>New York, NY 10022 |

via U.S. Mail to the addresses listed above, via Registered Mail to the international address and electronically by Notice of Electronic Filing upon all parties who have requested service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

            /e/ Diane Davis
            Diane Davis