# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Petters Company, Inc., et al.,<br><br>Debtors.<br><br>(includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.), | **Jointly Administered under**<br>**Case No. 08-45257**<br><br>Court Files Nos.:<br><br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br><br>Chapter 11 Cases<br>Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc., and PL Ltd., Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Westford Special Situations Master Fund, L.P., et al.,<br><br>Defendants. | ADV. NO. 10-04396 |

### ORDER APPROVING STIPULATION TO AMEND COMPLAINT REGARDING EPSILON STRUCTURED STRATEGIES MASTER FUND, L.P., f/k/a EPSILON GLOBAL MASTER FUND III – STRUCTURED STRATEGIES, L.P.

Based upon the pleadings, files, and the record in this matter,

DOCS-#3860381-v1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/02/2013*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

IT IS HEREBY ORDERED THAT the parties' Stipulation to Amend Complaint Regarding Epsilon Structured Strategies Master Fund, L.P., f/k/a Epsilon Global Master Fund III – Structured Strategies, L.P. (the "Stipulation") is approved and that Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc., may file the Amended Complaint in the form attached to the Stipulation as Exhibit A.

*/e/ Gregory F. Kishel*

Dated: April 2, 2013

Gregory F. Kishel
Chief United States Bankruptcy Judge