# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | |
| Debtors. | Court File No. 08-45257 |
| (includes: | Court File Nos.: |
| Petters Group Worldwide, LLC; | |
| PC Funding, LLC; | 08-45258 (GFK) |
| Thousand Lakes, LLC; | 08-45326 (GFK) |
| SPF Funding, LLC; | 08-45327 (GFK) |
| PL Ltd., Inc.; | 08-45328 (GFK) |
| Edge One LLC; | 08-45329 (GFK) |
| MGC Finance, Inc.; | 08-45330 (GFK) |
| PAC Funding, LLC; | 08-45331 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45371 (GFK) |
| | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

| | |
|---|---|
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc., | |
| Plaintiff, | |
| vs. | |
| Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., a/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global | ADV. NO. 10-04396 |

1

Active Value Fund II-B, L.P.; Epsilon Global Active
Value Fund II-G, L.P.; Epsilon Global Asset
Management, Ltd.; Epsilon Investment Management,
LLC; Epsilon Global Master Fund III — Structured
Strategies, L.P.; Epsilon Global Active Value Fund HI
Ltd.; Capital Strategies Fund Ltd.; Stafford Towne,
Ltd.; and Steve Goran Stevanovich,

                            Defendants.

**STIPULATION REGARDING BRIEFING SCHEDULE FOR IMPACT OF
SUBSTANTIVE CONSOLIDATION UPON CERTAIN UNIQUE ISSUES
SEEKING DISMISSAL OF ADVERSARY PROCEEDING**

      WHEREAS defendants Westford Special Situations Master Fund, L.P., Westford Special Situations Fund, Ltd., Westford Special Situations Fund, L.P., Epsilon Global Master Fund, L.P., Epsilon Global Active Value Fund, Ltd., Epsilon Global Active Value Fund, L.P., Epsilon Global Master Fund II, L.P., Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P., Epsilon Global Master Fund III — Structured Strategies, L.P., Epsilon Structured Strategies Fund, Ltd., f/k/a Global Active Value Fund III Ltd., Epsilon Structured Strategies Fund, L.P. f/k/a Epsilon Global Active Value Fund III, L.P., Stafford Towne, Ltd.; Epsilon Global Asset Management, Ltd., Epsilon Investment Management, LLC, Westford Global Asset Management, Ltd., Westford Asset Management, LLC; and Steven Goran Stevanovich (collectively, "Defendants"), seek dismissal of this action on the grounds, among others, that the Trustee does not have standing to pursue this adversary action, said position commonly referred to as one of the "Unique Issues" that remains before the Court for briefing, argument and resolution; and

      WHEREAS, the Court has calendared November 18, 2014 for oral argument on the issue of whether the Substantive Consolidation Order may resolve, and if so, to what extent, the Defendants' challenge regarding standing; and

2

WHEREAS the parties to this stipulation wish to submit memoranda of law limited to the issue of whether, and/or the extent to which, the Substantive Consolidation Order resolves the Defendants' challenges regarding the Trustee's standing; and

WHEREAS the parties to this stipulation agree that the following briefing schedule may be ordered by the Court:

>Trustee's Opening Memorandum:  September 16, 2014

>Defendants' Responsive Memoranda:  October 14, 2014

>Trustee's Reply Memorandum:  October 28, 2014.

| Dated:  September 23, 2014 | **LINDQUIST & VENNUM LLP**<br><br>By:  /s/ James A. Lodoen<br>    Daryle L. Uphoff (#0111831)<br>    James A. Lodoen (#0173605)<br>    Mark D. Larsen (#0318498)<br>    George H. Singer (#0262043)<br>    Kirstin D. Kanski (#0346676)<br>    Adam C. Ballinger (#0389058)<br>4200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2274<br>(612) 371-3211<br><br>**COUNSEL TO PLAINTIFF DOUGLAS A. KELLEY, CHAPTER 11 TRUSTEE** |
| --- | --- |
| Dated:  September 23, 2014 | **STINSON LEONARD STREET LLP**<br><br>By:  /s/ Bryant D. Tchida<br>    Robert T. Kugler (#194116)<br>    Bryant D. Tchida (#0314298)<br>150 South Fifth Street<br>Suite 2300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1645<br>Facsimile: (612) 335-1657<br>robert.kugler@leonard.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | |
| | Court File No. 08-45257 |
| Debtors. | |
| (includes: | Court File Nos.: |
| Petters Group Worldwide, LLC; | |
| PC Funding, LLC; | 08-45258 (GFK) |
| Thousand Lakes, LLC; | 08-45326 (GFK) |
| SPF Funding, LLC; | 08-45327 (GFK) |
| PL Ltd., Inc.; | 08-45328 (GFK) |
| Edge One LLC; | 08-45329 (GFK) |
| MGC Finance, Inc.; | 08-45330 (GFK) |
| PAC Funding, LLC; | 08-45331 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45371 (GFK) |
| | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

4

| | |
|---|---|
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc., | |
| Plaintiff, | |
| vs. | ADV. NO. 10-04396 |
| Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., a/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active Value Fund II-G, L.P.; Epsilon Global Asset Management, Ltd.; Epsilon Investment Management, LLC; Epsilon Global Master Fund III — Structured Strategies, L.P.; Epsilon Global Active Value Fund HI Ltd.; Capital Strategies Fund Ltd.; Stafford Towne, Ltd.; and Steve Goran Stevanovich, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Carmel Funk, of the City of St. Paul, County of Ramsey, State of Minnesota, states that on September 23, 2014 she served the following documents:

1. **STIPULATION REGARDING BRIEFING SCHEDULE FOR IMPACT OF SUBSTANTIVE CONSOLIDATION UPON CERTAIN UNIQUE ISSUES SEEKING DISMISSAL OF ADVERSARY PROCEEDING**

upon:

5

| | |
|---|---|
| Epsilon Global Master Fund II, L.P.<br>Maples and Calder<br>PO Box 309, Ugland House<br>South Church Street<br>George Town<br>Grand Cayman KY1-1104<br>Cayman Islands | Epsilon Global Active Value Fund II-G, Ltd.<br>HWR Services Limited<br>Craigmuir Chambers<br>PO Box 71<br>Road Town, Tortola<br>British Virgin Islands |
| Epsilon Global Master Fund III - Structured Strategies, L.P.<br>HWR Services Limited<br>Craigmuir Chambers<br>PO Box 71<br>Road Town, Tortola<br>British Virgin Islands | Epsilon Global Active Value Fund III Ltd.<br>HWR Services Limited<br>Craigmuir Chambers<br>PO Box 71<br>Road Town, Tortola<br>British Virgin Islands |

via U.S. Mail to the addresses listed above and electronically by Notice of Electronic Filing upon all parties who have requested service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

               /e/ Carmel Funk
               Carmel Funk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re<br><br>Petters Company, Inc., et al.,<br><br>Debtors.<br><br>(includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Jointly Administered under<br>Case No. 08-45257<br><br>Court File No. 08-45257<br><br>Court File Nos.:<br><br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br><br>Chapter 11 Cases<br>Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and PL Ltd., Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Westford Special Situations Master Fund, L.P.; Westford Global Asset Management, Ltd.; Westford Special Situations Fund, Ltd.; Westford Special Situations Fund, L.P.; Westford Asset Management, LLC; Epsilon Global Master Fund, L.P.; Epsilon Global Active Value Fund, Ltd.; Epsilon Global Active Value Fund I-B Ltd.; Epsilon Global Active Value Fund, L.P.; Epsilon Global Master Fund II, L.P. a/k/a Epsilon Global Master Fund II, L.P., Sub 1; Epsilon Global Active Value Fund II, Ltd., a/k/a Westford Investment Fund Ltd.; Epsilon Global Active Value Fund II-B Ltd.; Epsilon Global Active Value Fund II-G Ltd.; Epsilon Global Active Value Fund II, L.P.; Epsilon Global Active Value Fund II-B, L.P.; Epsilon Global Active | ADV. NO. 10-04396 |

7

Value Fund II-G, L.P.; Epsilon Global Asset
Management, Ltd.; Epsilon Investment Management,
LLC; Epsilon Global Master Fund III — Structured
Strategies, L.P.; Epsilon Global Active Value Fund HI
Ltd.; Capital Strategies Fund Ltd.; Stafford Towne,
Ltd.; and Steve Goran Stevanovich,

         Defendants.

## ORDER

The above-entitled matter came before the undersigned on the Stipulation Regarding Briefing Schedule for Impact of Substantive Consolidation upon Certain Unique Issues Seeking Dismissal of Adversary Proceeding. Based upon all the files and records in this adversary proceeding,

IT IS HEREBY ORDERED that briefing regarding the impact of substantive consolidation upon certain unique issues will take place as follows:

  Trustee's Opening Memorandum:  September 16, 2014

  Defendants' Responsive Memorandum:  October 14, 2014

  Trustee's Reply Memorandum:  October 28, 2014


Dated: September ___, 2014       _____
                      Gregory F. Kishel
                      Chief United States Bankruptcy Judge